# EXHIBIT A



Harlie D. Frost
Attorney

SBC Communications Inc.
9505 Arboretum Boulevard
9th Floor
Austin, TX 78759
Phone 512 372-5947

February 15, 2001

Mr. Michael Jones, Esq.
Intellectual Property Attorney
Hewlett-Packard Company
M.S. 66-838
16399 West Bernardo Drive
San Diego, CA 92127

RE:     U.S. Patent Nos. 5,530,845; 5,671,385; 5,745,792

Dear Mr. Jones:

I am writing on behalf of SBC Technology Resources, Inc., a wholly-owned subsidiary of SBC Communications Inc. SBC Technology Resources, Inc.is owner of U.S. Patent Nos. 5,530,845; 5,671,385; and 5,745,792. A copy of these patents are enclosed for your review.

The purpose of this letter is to advise you of an opportunity to acquire a license to the SBC Technology Resources, Inc. patents referenced above. Based on our review of your product lines, we believe that you will find these patents to be of significant interest.

We would like to schedule a business discussion with you to discuss terms of an appropriate license grant. Please contact me after you have had the opportunity to review this patent so that we can arrange a meeting.

Sincerely,

Harlie D. Frost, Esq.
Vice President - General Counsel
SBC Technology Resources, Inc.

Enclosures

# EXHIBIT B



Harlie D. Frost
Attorney

SBC Communications Inc.
9505 Arboretum Boulevard
9th Floor
Austin, TX 78759
Phone 512 372-5947

October 24, 2001

Michael Jones, Esq.
Intellectual Property Attorney
Hewlett-Packard Company
16399 West Bernardo Drive
M.S. 66-838
San Diego, CA 92127

RE:     STORAGE TECHNOLOGY
        U.S. Patent Nos. 5,530,845; 5,671,385; 5,745,792

Dear Mr. Jones:

I am writing to follow-up on my letter dated February 12, 2001, (copy enclosed)
regarding SBC Technology Resources, Inc.'s patents referenced above. A copy of each
patent was enclosed in the February correspondence. We have not heard from you.

Please contact me immediately to arrange a meeting to discuss terms of an appropriate
license grant.

Sincerely,



Harlie D. Frost, Esq.
Vice President - General Counsel
SBC Technology Resources, Inc.

Enclosures

# EXHIBIT C

**SBC HP ALLIANCE**
**CORRECTION OF ERRORS REPORT**

**FROM:** Umesh Desai – Senior Counsel, SBC Knowledge Ventures

**TO:** Hardmon Williams; Kelly Frank; John Trollinger; Abha Divine – HP Alliance Management

**SUBJECT:** HP's Storage Control Technology Offering

**DATE:** Monday, March 21, 2005

## PROBLEM:

SBC has identified a number of SBC-owned patents (see the list below) that cover storage control methods, systems, subsystems and protocols used in the implementation of storage area networks ("SAN").

| Patent # | Title |
|---|---|
| 6,766,375 | System and method for protocol conversion using facilities and utilities |
| 6,405,254 | System and method for protocol conversion using facilities and utilities |
| 5,790,828 | Disk meshing and flexible storage mapping with enhanced flexible caching |
| **5,745,792** | **System for automatically and continuously tuning tunable parameters by setting tuning mechanism to tune a next tunable parameter after maintaining means maintained parameter change** |
| **5,671,385** | **Memory subsystem with disk meshing, controller meshing, and efficient cache buffer lookup** |
| **5,530,845** | **Storage control subsystem implemented with an application program on a computer** |
| 5,477,518 | Detachable storage assembly |

## IMPACT:

SBC cannot ignore a lack of resolution with regard to a continued offering of storage control technology by HP in violation of SBC's patent rights.

Until this issue is resolved, SBC sales force cannot resell or bundle HP storage solutions under the Alliance Agreement. This represents a conservatively projected loss of revenue to HP of $48M through 2010.

Additionally, we believe such reduction in scope of Alliance product line will hamper the success of the SBC/HP teams in their joint selling activities or other HP services, causing a clear risk in probability of close. Additionally, it will force SBC to look elsewhere for storage solutions, undermining the spirit of our Alliance relationship.

Lack of resolution of the storage control technology patents issue results in a negative impact of $285M to SBC.

This solution is in **JEOPARDY** due to lack of resolution.

## BACKGROUND:

- On February 15, 2001, SBC (Harlie Frost) notified HP regarding SBC patents concerning Storage Technology; in particular, the three patents highlighted above in bold.
- On October 24, 2001, a follow-up letter was sent to HP by Harlie Frost referring to the February letter.
- As the SBC-HP Alliance agreement was being negotiated in 2004, the storage technology IP issue was raised to HP via SBC's Alliance team and leadership. In addition, SBC's Controller (John Stephens) discussed the issue with HP's Controller (Flaxman) in October 2004. Specific follow-up discussions were outlined and several calls were made by Stephens to Flaxman between December 2004 and March 2005; none were returned.
- No resolution has been had as of this date.

- HP acquires some its technology from InRange Technologies and resells the technology as HP technology bundled with other HP technologies.
- HP Alliance contemplates the joint-selling of HP Storage products pending the resolution of this issue.
- One of the patents listed above, U.S. Patent No. 5,530,845, is currently the subject of an enforcement effort in the Northern District of Texas, Dallas Division, *SBC Technology Resources, Inc. v. InRange Technologies Corp., et al.*

**SBC REQUIREMENTS**
- HP and SBC MUST reach an understanding with regard to what is permissible under SBC's patent rights.
- HP and SBC must reach resolution regarding past and ongoing use of SBC's storage technology patent rights and other IP assets.  Such resolution would include cash and non-cash consideration.

**RESOLUTION**
- HP has … (TBD/In Progress)

**PLAN OF ACTION**
- HP to work with SBC to clear its SAN product with respect to SBC's patents.
- Include specific steps that will be taken to prevent the problem from occurring in the future.
- If resolution was not a permanent correction, include an implementation plan with target dates.

# EXHIBIT D



Umesh M. Desai
Senior Counsel - Patents

SBC Knowledge Ventures GP, Inc.
6500 River Place Blvd.
Building III, 1st Floor
Austin, TX 78730
512/527-1162 (voice)
512/527-1169 (fax)

Mailing Address:
P.O. Box 80349
Austin, TX 78758

Thursday, 07 April 2005

Leslie Murray
Senior IP Counsel
Hewlett-Packard Company
Mail Stop 314
Boise, ID 83714-1021

Re: Your Response to SBC HP Alliance Correction of Errors Report dated March 21, 2005

Dear Les:

Thank you for sending a response to the SBC HP Alliance Correction of Errors Report (COE Report). During our conversations, we had suggested that you provide us a timeline containing milestones addressing the issues raised in the COE Report with the expectation that the senior managements of SBC and HP would be full participants. From your response, our understanding is that you will complete your assessments and bring this to closure between SBC and HP within 45 days (i.e. May 20, 2005).

To address some issues raised in your response, the conversations in late 2004 were between very senior managers in our respective companies and, SBC believes, this issue should have received a better response than it received. SBC would also like to categorically refute that a settlement on this issue was reached between the parties in 2002 as has been to suggested to SBC management by HP management.

Thus, to expedite this process and gain the highest level of exposure that this issue deserves, SBC proposes weekly discussions to ensure progress and open communication between senior managers of our companies. We would expect participation in these discussions to include Scott McNinch from HP and Abha Divine and Hardmon Williams from SBC. Once again, SBC would like to emphasize that the business and legal issues cannot be bifurcated as they are intertwined.

You response asked for a copy of claim charts which will assist your review. We enclose, to aid your assessment, a sample claim chart correlating, on an element by element basis, claim 1 of the '845 patent to the broad class of HP storage director products is attached. A more detailed list, from the broader class of Multiple Protocol Storage Controllers, Storage Directors and Edge Routers, representative of HP products related to the '845 patent is also included.

Please also provide us a detailed analysis of your belief as to why the '518 would not be a relevant patent of discussion in this matter.

One other point, as an HP attorney, it is additionally inappropriate to send a communication to any SBC management directly in the face of attorney representation. I would appreciate that in the future all communication between lawyers be between the two of us. Of course, the business managers are free to communicate with each other without an attorney being present. If legal representation is required in a meeting, then we request that both sides be represented.

Please call with any questions.

Sincerely,

Umesh M. Desai
Senior Counsel
SBC Knowledge Ventures L.P.

Copy: Abha Divine, Hardmon Williams, Bruce Stuckman

SBC Confidential – Disclosed Subject to F.R.E Rule 408

| | |
|---|---|
| 1. A storage control subsystem connected between one or more storage controller channels of at least one host system and data storage facilities comprising a plurality of target units, said storage control subsystem comprising: | Modern storage directors are designed and intended to be installed in a SAN that includes a storage control subsystem connected between one or more storage controller channels of a host system of servers and data storage facilities comprising a plurality of data storage devices. |
| a programmable storage controller that emulates a plurality of types of target unit specific storage controllers, said programmable storage controller being implemented with an application program and a computer, said computer being configured by said application program; | Storage directors accept inputs and produce outputs in a variety of formats such as FICON and/or various Fiber Channel or IP protocols used by a plurality of target unit specific storage controllers. Storage directors have at least one computer configured by an application program. |
| a first interface for interfacing a plurality of channel adapters which carry a plurality of channel programs transmitted from the channels of the host system to said programmable storage controller, each channel program having means for carrying data, status information and commands; and | Storage directors have input/output ports with software, firmware and/or hardware that interface Host Bus Adaptors or similar devices of the host system. Each channel carries data, status information and commands in a format. |
| a second interface for interfacing said programmable storage controller to said target units; | Storage directors have input/output ports with software, firmware and/or hardware that interface with data storage facilities comprising a plurality of data storage devices. |
| said programmable storage controller comprising a plurality of controller emulators, said controller emulators comprising means for translating said channel programs and commands from a channel specific format to a generic format of said programmable storage controller that includes generic address and request information, to thereby facilitate data and status command exchanges with said plurality of target units. | Storage directors have software, firmware and/or hardware for translating channel specific programs from a format of a specific channel to a format of the storage director that includes generic address and request information. These devices facilitate data and status command exchanges with the data storage facilities comprising a plurality of data storage devices. |

SBC Confidential – Disclosed Subject to F.R.E Rule 408

| | | |
|---|---|---|
| Director | Enterprise | 2/128 |
| Core Switch | Enterprise | 2/64 |
| Switch | Mid-Level | 2/32 |
| Switch | Mid-Level | 4/32 |
| Switch | Entry | 2/16N FF |
| Switch | Entry | 2/16N |
| Switch | Entry | 2/16 |
| Switch | Entry | 2/16V |
| Switch | Entry | MSA 2/8 |
| Switch | Entry | 2/8V |
| Director | Enterprise | MDS 9506 |
| Director | Enterprise | MDS 9509 |
| Switch | Mid-Level | MDS 9216 |
| Switch | Mid-Level | MDS 9216A |
| Switch | Mid-Level | MDS 9216i |
| Director | Enterprise | 2/64 |
| Director | Enterprise | 2/140 |
| Routers & Gateways | | 2122-2 |
| Routers & Gateways | | MDS 9000 |
| Routers & Gateways | | MP |
| Storage Array | Enterprise | XP 12000 |
| Storage Array | Enterprise | XP1024 |

SBC Confidential – Disclosed Subject to F.R.E Rule 408

| | | |
|---|---|---|
| Storage Array | Enterprise | XP128 |
| Storage Array | Enterprise | EVA5000 |
| Storage Array | Mid-Level | EVA3000 |
| Storage Array | Mid-Level | 7410 |
| Storage Array | Entry | 1500 cs |
| Storage Server | Enterprise | ProLiant DL585 |
| Storage Server | Enterprise | ProLiant DL580 G2 |
| Storage Server | Mid-Level | ProLiant DL380 G4 |
| Storage Server | Entry | ProLiant DL100 |
| Storage Server | Entry | ProLiant ML110 |
| Storage Server | Entry | ProLiant ML110 G2 |
| Storage Server | Entry | ProLiant ML350 G4 |
| Storage Server | Entry | ProLiant ML370 G4 |

# EXHIBIT E



| | Umesh M. Desai | SBC Knowledge Ventures GP, Inc. | |
|---|---|---|---|
| | Senior Counsel – Patents | 6500 River Place Blvd. | Mailing Address: |
| | | Building III, 1st Floor | P.O. Box 80349 |
| | | Austin, TX 78730 | Austin, TX 78758 |
| | | 512/527-1162 (voice) | |
| | | 512/527-1169 (fax) | |

Monday, April 18, 2005

Leslie Murray
Senior IP Counsel
Hewlett-Packard Company
Mail Stop 314
Boise, ID 83714-1021

Re: Request for additional information on SBC patents

Dear Les:

On Friday, April 15, 2005, HP requested additional information with respect to HP products impacted by SBC patents at issue. Attached is a list of HP devices of primary interest with respect to the '828, '792 & '385 patents.

Additionally, with respect to the '375 and '254 patents, any number of HP storage products are potentially impacted depending on the configuration of the system described in the respective patents. Thus, we believe, HP is the best judge in determining which HP products are impacted by these patents and we have not provided a detailed list of HP devices herewith.

Please call with any questions.

Sincerely,

Umesh M. Desai
Senior Counsel
SBC Knowledge Ventures L.P.

Copy: Abha Divine, Hardmon Williams, Bruce Stuckman

SBC Confidential – Disclosed Subject to F.R.E Rule 408

**'828 Patent & '385 Patent**

| | |
|---|---|
| Routers and Gateways | MDS 9000 |
| Storage Array | 1500 cs |
| Storage Array Controller | MA8000 with ACS |
| Storage Array Controller | EMA12000 with ACS |
| Storage Array Controller | EMA16000 with ACS |
| RAID Array Controller | RA8000 with ACS |
| Storage Array Controller | ESA12000 with ACS |

**'792 Patent**

| | | |
|---|---|---|
| Storage Array | Enterprise | XP 12000 |
| Storage Array | Enterprise | XP1024 |
| Storage Array | Enterprise | XP128 |
| Storage Array | Enterprise | EVA5000 |
| Storage Array | Mid-Level | EVA3000 |
| Storage Array | Mid-Level | 7410 |
| Storage Array | Entry | 1500 cs |

# EXHIBIT F

US005477518A

# United States Patent [19]

## Hiatt

[11] **Patent Number:** 5,477,518

[45] **Date of Patent:** Dec. 19, 1995

[54] **DETACHABLE STORAGE ASSEMBLY**

[75] Inventor: **David M. Hiatt,** Ballwin, Mo.

[73] Assignee: **Southwestern Bell Technology Resources, Inc.,** St. Louis, Mo.

[21] Appl. No.: **850,272**

[22] Filed: **Mar. 12, 1992**

[51] Int. Cl.⁶ .................................................. G11B 17/02
[52] U.S. Cl. .................... 369/75.1; 369/178; 360/98.01
[58] Field of Search ............................. 369/75.1, 34, 35, 369/36, 197, 198, 212, 178; 360/86, 98.01, 98.02, 98.07; 361/392, 393, 294, 396

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,401,351 | 8/1983 | Record | 361/393 |
| 4,501,460 | 2/1985 | Sisler | 361/392 |
| 4,558,914 | 12/1985 | Prager et al. | 361/393 |
| 5,235,591 | 8/1993 | Nakamura et al. | 369/199 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 79103444 | 4/1990 | China . | |
| 79105000 | 6/1990 | China . | |
| 3224147 | 10/1991 | Japan . | |

### OTHER PUBLICATIONS

IBM Tech. Disc. Bulletin, vol. 30, No. 1, Jun. 1987 pp. 328–329.
"The Latest Electronic Materials," pp. 94–97 (Chinese Version), 1983, Fu–Han publisher.

Primary Examiner—Stuart S. Levy
Assistant Examiner—Paul J. Ditmyer
Attorney, Agent, or Firm—Sandler, Greenblum & Bernstein

[57] **ABSTRACT**

An apparatus for storing data is disclosed, which has a storage medium support frame for supporting storage medium carrying members of similar configuration. The size of the storage medium support frame can be changed (i.e., adjusted) to accommodate an arbitrary number of storage medium carrying members. In one embodiment, the storage medium carrying member may be in the form of a rewritable optical disk or another type of optical storage platter. The storage medium support frame comprises a plurality of disk units which may be coupled to each other, each disk unit having a disk support structure for supporting at least one platter. The disk units are provided with mechanisms for detachably connecting, and thereby stacking, a variable number of disk units together to form the storage medium support frame. As the disk units are stacked, i.e., detachably connected, axles of the respective platters are interconnected with each other to form a common axle located at a common axis of the storage medium support frame. In an alternative embodiment, a multi-platter assembly having a plurality of platters and a common axle may be removably mounted to a storage medium support frame. A spring-biased bearing mechanism is provided for holding the common axle so that the center axis of the common axle coincide with the common axis of rotation of the storage medium support frame.

**43 Claims, 13 Drawing Sheets**





Fig-1A

Fig-1B



Fig- 2A



Fig - 2B



Fig. 4



Fig. 3



Fig - 5



Fig. 6



Fig. 7

Fig- 8





Fig - 9A



Fig - 9B



Fig - 10





Fig-12



F ı g - I3



Fig - 14

5,477,518

1

# DETACHABLE STORAGE ASSEMBLY

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention generally relates to an apparatus for storing data. More particularly, the present invention is directed to one or more storage units and a detachable assembly thereof. Each storage unit has a storage medium support structure which is configured to movably support at least one storage medium carrying member.

### 2. Discussion of Background Information

It has been recognized that rewritable optical disks are subject to less stringent environmental restrictions than magnetic disks. This is because in order to achieve greater densities in magnetic disk storage devices, read/write heads generally need to be positioned extremely close to the media surface of the magnetic disk or platter. As a practical matter, the read/write head may be placed so close to the surface of the platter that it is spaced from the surface only by the rush of air between the arm holding the head and the media surface. The tolerances for the distance between the head and the media surface are extremely stringent—so stringent that the presence of dust particles or other contaminants can significantly affect the operation of the read/write head. Thus, an entire magnetic disk storage device, including all platters and read/write units, must be enclosed in a "clean", i.e., completely sealed, environment which cannot be opened without introducing damaging and sometimes fatal contaminating materials, such as dust particles, to the recording media on the platters. As a result, if there is a failure in the recording media and/or in the read/write units of a magnetic disk storage device, repair requires the complete replacement of both the recording media (i.e., all of the platters) and the read/write units.

One of the most common problems occurring with magnetic disk storage devices involves a phenomenon known as a "head crash." During a head crash, a read/write unit of a magnetic disk contacts the recording media-of an associated platter. Such contact typically may result in permanent damage to the platter surface, may result in loss of data, and may even render the platter unusable. Because the complete device, including all platters and their associated read/write units, is sealed, the complete device must be removed and replaced as a single entity. Such a replacement may take a significant amount of time, such as, several hours.

In addition, once the storage device is replaced, the original contents, which are usually stored in archival storage devices, must be reloaded into the new magnetic disk storage device, and any subsequent updates after the archival dates must be recreated. Depending on the size of the storage device being reloaded, this reloading process can take a substantial amount of time.

Optical disk storage devices do not have many of the disadvantages associated with magnetic storage devices, such as the "head crash" noted above. Platters in an optical disk storage device typically are located relatively far away from their associated laser read/write heads, as compared to the magnetic disk storage device. For example, a read/write head may be positioned about 3 mm away from the surface media of a platter. Thus, dirt, dust, and other small particles will not likely affect the reliability of the optical storage device. Moreover, since the read/write head is not close to the surface media, head crashes rarely occur. Failures in optical disk storage devices are usually limited to: (1) failure of actuator assemblies or axle motors; and (2) failure of the

2

system controller which supervises actuator and optical head positioning and data transfer to and from disks.

Another problem associated with magnetic disk storage devices (and other magnetic storage devices) is that they take up a significantly larger amount of space, as compared to optical storage devices. Thus, optical storage devices may be used in order to reduce the amount of space needed to store data.

Because of the limitations associated with magnetic storage devices, which have been predominantly used for storing data for digital computer systems, many data storage systems are inflexible and quite costly. For example, since during manufacture, the magnetic storage disk device must be preassembled in a "clean room" free from any stray particles, debris, and dust, standard fixed-size magnetic disk storage devices must normally be purchased. Thus, if a storage device is purchased which is larger than needed, excess space is wasted and an unnecessary expenditure is incurred. On the other hand, if a relatively small magnetic storage device is purchased, and in a short time a larger magnetic storage device is required, two or more magnetic storage devices must be combined (which may have a negative effect on the speed of the system, or require additional hardware to interact with the magnetic storage devices), or a larger magnetic storage device must be purchased.

It is thus desirable to provide a storage device which occupies a relatively small amount of space, has a high storage capacity, can be easily reconfigured to allow storage of more or less data depending on the present needs of the system to which the storage device is connected, and may be easily repaired without replacing the entire storage device.

U.S. Pat. No. 4,888,751 (YOSHIMARU et al.) discloses an image information processing apparatus which may accommodate a number of optical disks, and which is capable of supporting up to five optical disks. The apparatus disclosed by YOSHIMARU et al., however, has a fixed outer dimension. That is, the overall frame structure of the storage device has a fixed size, and if less than five disks are loaded, spacers or collars must be used to occupy the extra space not being used. Thus, when one is using less than five disks, the same overall storage space (dictated by the dimensions of the outer frame structure of the storage device), is still occupied. When one wants to expand the potential storage capacity of the overall unit, there is a fixed maximum number of disks (e.g., 5) which may be accommodated. Additionally, since each of the elements of the apparatus disclosed by YOSHIMARU et al. are relatively permanently secured to each other, it is difficult to disassemble the apparatus of YOSHIMARU et al., thus inhibiting repair of, and access to, elements of the apparatus.

## SUMMARY OF THE INVENTION

In view of the above, the present invention, through one or more of its various aspects or embodiments, is thus presented to bring about one or more of the following objects and advantages.

It is an object of the present invention to provide an optical storage device which can provide high speed data transfers from optical storage medium carrying members, such as rewritable and write once read many optical disks. It is a further object of the present invention to provide such a system with an extremely low probability of data loss, and with very short repair time.

It is yet a further object of the present invention to provide

5,477,518

3

an optical storage device having an easily openable/non-sealed casing, thus allowing easy access to the storage device for quick repair and reassembly.

It is yet a further or alternative object of the present invention to provide an optical storage device which may be easily disassembled and reassembled thus allowing for easy repair and/or replacement of parts.

It is yet a further object of the present invention to provide an apparatus which will allow any number of separate interconnectable disk units to be assembled simply by "plugging together" or stacking respective disk units, thus enabling one to custom-make a storage device of any desired size.

It is yet an additional object of the present invention to provide an optical storage device which will not be sensitive to exposure to the atmosphere, and will be less susceptible to loss of data.

It is yet a further object of the present invention to reduce the need for archival reload or recovery as a by-product of repairing the storage device, and to reduce the repair time of such a storage device. It is also a further object to reduce the occurrence of, and need for, repair of the storage device to situations which rarely occur, such as failure of a an actuator assembly or a disk-spin motor.

The present invention, therefore, is directed to an apparatus for storing data which comprises a storage medium support frame for supporting storage medium carrying members of substantially similar configuration. The storage medium support frame has a mechanism for adjusting the size of the support frame to accommodate an arbitrary number of storage medium carrying members. The apparatus may be provided with at least one storage medium carrying member, which may comprise a platter, or an optical storage disk in the form of a platter, such as a rewritable or a write once read many optical disk.

In one particular aspect of the present invention, a storage medium support frame is provided with a plurality of disk units coupled to each other, each disk unit comprising a disk support structure for supporting at least one platter.

In accordance with another aspect of the invention, each platter has an axle which extends from both surfaces of the platter. Each axle has two ends, each end having a connector for interconnecting with an end of an adjacent axle. Thus, a plurality of the platters may be interconnected to form one common axle located at a common axis of the storage medium support frame.

In one particular aspect of the present invention, each of the disk units is provided with a mechanism for detachably connecting, and thereby stacking, an arbitrary number of disk units together to form the storage medium support frame. The connecting mechanism may be formed on a stacking block located at one end of the disk support structure of the disk unit. In this regard, the connecting mechanism may comprise a mechanical snap-connector placed on upper and lower portions of the stacking block.

In accordance with yet another aspect of the present invention, each stacking block houses at least one actuator which controls movement of at one least read/write head.

In accordance with another aspect of the present invention, the disk support structure comprises guide and support means for guiding and providing lateral and vertical support to at least one platter that is supported by the disk unit. The apparatus may further comprise a spine for providing a common support for the disk units, wherein the guide and support mechanism includes: (1) a horizontally extending

4

bracing member connected, at a first end, to the spine; and (2) a member rigidly coupled to a second end of the bracing member for rotatably supporting at least one of the platters of the apparatus.

The spine may be formed by means of a plurality of stacking blocks interconnected with other, each of the blocks having, e.g., mechanical snap connectors on upper and lower portions thereof. Each stacking block may be provided with at least one actuator for controlling movement of at least one read/write head to traverse the media surface of a platter.

In accordance with another aspect of the present invention, the horizontally extending brace member comprises a semi-circular member, and the rotatable supporting mechanism comprises at least one member which extends across a horizontal surface of the semi-circular member and which has a vertically extending hole therethrough. Each platter may be provided with an axle which extends from both surfaces of the platter, wherein the ends of the axles may be interconnected with each other to form one common axle located at a common axis of the storage medium support frame. In this regard, the vertically extending hole of the member is adapted to receive the common axle formed by the plurality of axles of the platters.

In accordance with yet another aspect of the present invention, the at least one member comprises an upper stabilizing member extending across a top surface of the semi-circular member and a lower stabilizing member extending across a bottom surface of the semi-circular member. Both the upper and lower stabilizing members are provided with concentric, vertically extending holes located at mid-points thereof, and each upper stabilizing member of a respective disk unit is adapted to physically mate with a lower stabilizing member of an adjacent disk unit which is detachably connected to the respective disk unit.

In accordance with yet another aspect of the present invention, the apparatus is further provided with an outer casing which allows ready access to the storage medium support frame, and which encases the disk units assembled in the form of the storage medium support frame.

In accordance with yet another aspect of the present invention, the storage medium support frame also comprises a base unit for receiving at least one disk unit and for physically supporting the complete storage medium support frame. The base unit includes a base unit frame which supports a power supply for supplying power to each of the disk units, a system controller for controlling movement of the read/write head corresponding to each of the disk units, and a motor for rotating the platters of the disk units.

In an alternative embodiment, the present invention is directed to a storage unit for supporting at least one storage medium carrying member having at least one storage surface. The storage unit is provided with a storage medium support structure which has a mechanism for movably supporting at least one storage medium carrying member and a connecting mechanism for detachably connecting the support structure to another support structure of generally similar configuration. In accordance with a particular aspect of the invention, each of these storage medium carrying members may comprise a platter, or an optical storage disk in the form of a platter.

The storage medium support structure may be provided with a guide and support mechanism for guiding and providing lateral and vertical support to at least one platter that is supported by the storage unit. The guide and support mechanism may be provided with a horizontally extending bracing member having, at one end, a connector adapted to

5,477,518

| 5 | 6 |

detachably mate with another support structure. The connector, when mated with the other support structure, forms part of a vertically extending spine. The guide and support mechanism may be also be provided with an upper stabilizing member and a lower stabilizing member coupled to the bracing member at an end opposite to the one end of the bracing member. The upper and lower stabilizing members provide lateral support, and act as a sleeve, for an axle of a platter which is supported in the respective disk unit.

In accordance with another aspect of the invention, the connecting mechanism comprises a stackable housing located at an end of the storage medium support structure. The stackable housing may include at least one actuator for controlling movement of the read/write head. The housing may also be provided with at least one mechanical connector on an upper portion and a lower portion thereof.

In accordance with another particular aspect of the invention, the stackable housing includes both male and female electrical connectors, which may, for example, comprises multi-pin port connectors.

In accordance with another particular aspect of the invention, the connecting mechanism comprises axle sections, which may be connected to the at least one storage medium carrying member.

In a further embodiment of the invention, a multi-platter assembly is adapted to be mounted on the frame. A motor is mounted to the frame and coupled to the common axle for driving the multi-platter assembly. A data transfer structure is also provided for interacting with the platters so as to transfer data to and from the platters. The multi-platter assembly may optionally have a handle attached or coupled to a top portion of the multi-platter assembly.

In a particular aspect of the invention, the data transfer structure is provided with a head positioning assembly which is positioned near surfaces of the platters and which has moving elements adapted to move along a path which extends radially from the common axis of the multi-platter assembly. Read/write heads are mounted to the moving elements of the head positioning assembly.

In yet another aspect of the invention, a stabilizing support structure is coupled to a top portion of the multi-platter assembly and is rigidly secured to the frame, and thereby provides lateral support to the multi-platter assembly.

In accordance with another aspect of the invention, a mechanism is provided for detachably connecting a bottom portion of the multi-platter assembly to the frame. The mechanism may be embodied in a snap connector provided on a bottom end of the common axle.

The above-listed objects and advantages, and other objects, features, and advantages of the present invention will be more fully set forth hereinafter.

In the present description, the terms "platter" and "disk" are utilized. The term "disk" is sometimes used in the field to refer to a complete storage device, which may be composed of a plurality of individual platters, and thus may not represent a single "disk" but a plurality of "disks". In this context, "platter" is typically used to denote a single platter or disk, whereas "disk" is used to denote the complete storage device, regardless of whether or not the storage device contains one or a plurality of platters. For purposes of this disclosure, "disk" and "platter" will both refer to a disk or platter in the singular. Should the term "disk" be referring to a complete storage device, regardless of the number of platters in the storage device, such will be explicitly stated.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects, features and advantages of the present invention are further disclosed and described in the detailed description which follows, by reference to the attached drawings, which comprise non-limiting examples of preferred embodiments of the present invention, in which like reference numerals represent similar parts throughout the several views of the drawings, and wherein:

FIGS. 1A and 1B illustrate, in side and top views, respectively, a disk unit of a particular embodiment of the present invention;

FIGS. 2A–2B illustrate, in side and top views, portions of a disk unit in disassembled form;

FIG. 3 illustrates, in a side view, a platter to be used in conjunction with the assembly of the present invention, wherein enlarged views are provided for the axle of the platter;

FIG. 4 illustrates, in a cross-sectional side view, the disk unit of FIG. 1B, taken along the line 4—4;

FIG. 5 illustrates a particular embodiment of a storage assembly unit in accordance with the present invention;

FIG. 6 illustrates, in a perspective view, the mating relationship between an upper and lower stabilizing member of respective disk units as the disk units are about to be connected with each other;

FIG. 7 illustrates two respective stacking blocks being interconnected with each other by means of a mechanical connector and an electrical connector;

FIG. 8 illustrates a second embodiment of the storage assembly of the present invention;

FIGS. 9A–9B and 10 illustrate alternative types of axle connectors of the present invention;

FIGS. 11A–11D illustrate a disengagable bearing mechanism in accordance with the second embodiment of the storage assembly;

FIG. 12 illustrates, in a cross-sectional side view, a handle and block structure of the second embodiment;

FIG. 13 illustrates, in a perspective view, a multi-platter assembly as it is loaded into the storage medium support frame in the second embodiment; and

FIG. 14 illustrates a second embodiment of the storage assembly of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With particular reference to the drawings, in greater detail, FIGS. 1A and 1B show a side and top view, respectively, of a single disk unit in accordance with a particular embodiment of the stackable assembly of the present invention. In this embodiment, platter 16 is rotatably supported by a disk support structure 11 which includes a horizontally extending bracing member 18, upper and lower casings 22a, 22b, and upper and lower stabilizing bushings 12, 14.

FIGS. 2–4 illustrate additional features of the disk unit. As illustrated in FIG. 2A, horizontally extending bracing member 18 comprises a semi-circular member 34 and a stacking block coupling member 36 rigidly secured to, and preferably integrally formed with, the outer mid-portion of semi-circular member 34.

Semi-circular member 34 provides both lateral and vertical support to upper and lower stabilizing bushings 12, 14 which rotatably receive and support a platter 16. Stacking

5,477,518

7

block coupling member 36 couples upper casing 22a with lower casing 22b, and thus is sandwiched between upper casing 22a and lower casing 22b. The combined upper casing 22a, stacking block coupling member 36, and lower casing 22b, constitute a single outer stacking block 26.

Upper stabilizing bushing 12 is securely mounted to a top surface of semi-circular member 34, and lower stabilizing bushing 14 is securely mounted to a bottom surface of semi-circular member 34 in a position parallel to and symmetrical with respect to upper stabilizing bushing 12. Upper stabilizing bushing 12 and lower stabilizing bushing 14 are each connected to semi-circular member 34 so as to extend across the full diameter of semi-circular member 34, with ends of each of the upper and lower stabilizing bushings 12, 14 being aligned in a substantially flush relation with an outer circumferential surface 42 of semi-circular member 34.

Semi-circular member 34 comprises an outer circumferential surface 42, an inner circumferential surface 43, a first end 44a, and a second end 44b. Upper and lower stabilizing bushings 12, 14 are mounted so as to extend horizontally across the diameter of semi-circular member 34. Upper stabilizing member 12 is connected at its first end to the upper surface 46 (see FIG. 2A) of the semi-circular member 34 at a position adjacent the first end 44a of the semi-circular member, and is connected at its second end to upper surface 46 at a position adjacent to the second end 44b of semi-circular member 34. Lower stabilizing bushing 14 is securely fastened to semi-circular member 34 in a similar fashion, and extends from the lower surface of semi-circular member 34, at a position adjacent first end 44a, to another portion of the lower surface of the semi-circular member, at a position adjacent to second end 44b.

Each of the upper and lower stabilizing bushings 12, 14 is provided with a vertically extending cylindrical hole 48 located at their respective mid-sections. The holes are positioned to form a common axis of disk unit 10 and also of platter 16. Hole 48 is adapted to receive, in a snug, yet freely movable fashion, axle 17 of platter 16. Roller bearing rings 13 (see FIG. 4) may be provided within each hole to guide the free rotational movement of axle 17.

In accordance with this particular embodiment, each of the upper and lower casings 22a, 22b houses a laser 150. In addition, upper and lower casings 22a, 22b support, in part, cores 158, and guide rails 154 of an actuator and a carriage assembly 32. Two sets of cores 158 and two sets of guide rails 154 extend between casings 22a, 22b and respective upper and lower stabilizing bushings 12, 14. Actuator and carriage assembly 32 includes a voice coil positioning system, having cores 158, and voice coils 156 positioned thereon. A read/write head 30 is provided on a head support member 164 which extends between thee two voice coils 156. Voice coils 156 are driven to cause the read/write head 30 to traverse the radial direction of platter 16.

Each of guide rails 154 are embedded at their respective ends in one of bushings 12, 14, and a respective one of casings 22a, 22b, and are positioned so that they extend parallel to a line which extends radially from the center of hole 48 (and radially from the center of each platter 16). Laser 150 is positioned within each of casings 22a, 22b to direct light to read/write head 30 of each respective actuator and carriage assembly 32.

Each of cores 158, due to their additional weight, are supported on one of an upper plate member 15 and a lower plate member 15', which are each provided with core connecting members 40 (see FIG. 2B). Core connecting mem-

8

bers 40 are dimensioned and configured to mate with central opening 160 and bore 162 of each core 158.

It should be noted that each core 158 is embedded into a side portion of a respective bushing 12, 14. Accordingly, each bushing is provided with a block-shaped recess 72, as can be seen in FIG. 6.

Referring to FIGS. 1A–1B and 7, each of the upper and lower casings 22a, 22b are also provided with mechanical connectors 24a, 24b and electrical connectors 28a, 28b. Two male mechanical connector mechanisms 24a are provided on an upper surface 52c of upper casing 22a at respective locations adjacent to each of two respective side surfaces 52a located on casing 22a. Similarly, two female mechanical connectors 24b, in the form of accommodating recesses, are provided at corresponding locations in a lower surface 54a of lower casing 22b. The female and male connectors 24a, 24b are adapted to provide a snap-fit connection between respective stacking blocks 26 of respective disk units 10 (see FIG. 7). Although specific mechanical connectors are disclosed, any suitable mechanical connector could be used to releasably connect adjacent disk units.

In the particular embodiment of the mechanical connector depicted in FIG. 7, resilient release members 27 are integrally attached to each of male mechanical connectors 24a to allow disconnection of respective stacking blocks 26. By depressing both release members 27 in the direction of arrows A, male mechanical connectors 24a are caused to disengage female mechanical connectors 24b. In other words, depression of the bases of these resilient members moves heads 27a to disengage notches in female connectors 24b.

FIG. 5 illustrates a complete stackable head assembly in accordance with a first embodiment of the present invention. A storage medium support frame 20 rotatably supports a plurality of storage medium carrying members in the form of platters 16. Storage medium support frame 20 is formed by detachably connecting, and thereby stacking, a desired plurality of disk units 10 together.

The storage medium support frame 20 is physically supported by base unit 100, which includes a base unit frame 102. Base unit frame 102 houses a power supply 106, a system controller 104 for sending signals to each respective actuator of the various disk units 10, and a motor 106 for transmitting rotational movement to a common axle and thus rotating all of the platters of the disk units 10 in unison. System controller 104 controls movement of read/write heads 30, and transfers data, to be written to or read from platters 16, to and from an external bus (not shown) connected to the stackable disk assembly.

As shown by arrows 50 in FIG. 5, each disk unit 10 may be snapped or detachably connected, and thus "stacked" onto a corresponding disk unit 10. Referring to FIG. 7, as an upper disk unit 10 is snapped onto to a lower disk unit 10 in this fashion, male outer connectors 24a are received by female connectors 24b. Simultaneously, male electrical connector 28a is received by female electrical connector 28b. Thus, once a stacking block 26a is "stacked" on top of another stacking block 26b, the respective disk units are securely, but detachably fastened. Also, all pertinent electrical connections are made by conventional snap-fit electrical connectors 28a, 28b, each having a plurality of contacts, which are needed to provide power to the respective actuator and to provide communication paths (for sending and receiving control and data signals) to system controller 104.

In addition, referring to FIG. 6, as one disk unit 10 is

5,477,518

**9**

snap-fit onto an adjacent disk unit 10, as shown by arrows 50 in FIG. 5, a lower stabilizing bushing 14 of the top disk unit is mated with an upper stabilizing bushing 12 of the lower disk unit. A plurality of tapered, generally pyramidal ribs 50 are provided, which extend along the longitudinal direction on an upper surface of upper bushing 12. A plurality of tapered, generally complementary-shaped recesses 58 are provided, which extend along a lower surface of lower bushing 14. As an upper disk unit 10 is attached to another lower disk unit 10, protrusions 56 are physically engaged and/or coupled with respective recesses 58.

Tapered protrusions 56 are snugly fitted within tapered recesses 58, and thus align upper bushing 12 with lower bushing 14 of the adjacent disk unit. Accordingly the storage medium support frame is made more stable; and lateral movement of individual disk units, with respect to the overall storage medium support frame 20, is prevented.

FIG. 3 illustrates an individual platter 16 which is to be supported by storage medium support frame 20 of the preferred embodiment of the present invention. Upper spacer 60 and lower spacer 62 are provided on the upper and lower surfaces of platter 16, respectively. Additionally, an upper axle portion 17a and lower axle portion 17b are formed to provide an axle 17 for platter 16. These axles extend transversely with respect to the upper and lower surfaces of platter 16, and are each located at the center axis of platter 16.

An upper end 68 of axle 17 is provided with a mechanism for interconnecting with a lower end of another, adjacently positioned and aligned axle 17. In this particular embodiment, the upper end 68 of axle 17 comprises a groove 66 which is interconnectable with a tongue 64 located on a lower end 70 of another axle 17. Tongue 64 is provided with a spring-biased ball resting in a recess provided in one side of tongue 64. A resilient spring member (not shown) is positioned within a recess in tongue 64 which biases ball 65 in a direction extending outwardly from the surface of tongue 64. This spring-biased ball 65 is provided to mate with a semi-spherical recess which is provided along an inner wall of groove 66 located in upper portion 17a of axle 17. Thus, when one disk unit is connected or stacked upon another (FIG. 5), tongue 64 of an upper platter (of an upper disk unit 10) is inserted into a groove 66 of another platter 16, thus forming one common axle located at a common axis 90 (FIG. 5) of storage medium support frame 20.

FIG. 4 shows a cutaway side view of a single disk unit taken along the line 4—4 of FIG. 2B. Referring to FIG. 4, upper stabilizing bushing 12 and lower stabilizing bushing 14 form a specialized fitting which rotatably and securely supports a platter 16. An upper portion 17a and a lower portion 17b of axle 17 respectively extend through holes 48 of their respective stabilizing bushings 12, 14. At the same time, upper spacer 60 and lower spacer 62 of platter 16 are sandwiched between the respective inner surfaces of upper stabilizing bushing 12 and lower stabilizing bushing 14. Stabilizing bushings 12, 14, axle 17, and spacers 60, 62 are preferably formed of a rigid material, such as plastic or any suitable metal alloy, so as to provide low friction, rotational support to platter 16. In this regard, the spacing between bushings 12, 14, the spacers 60, 62, and axle 17, should be set to allow free rotational movement of axle 17, but at the same time, to prevent unwanted, excessive wobble of disk 16 as it is rotated. Roller bearing rings 13 may be provided within hole 48 of each of bushings 12, 14 to form a free rotational movement interface between axle 17 and each of bushings 12, 14.

**10**

It is noted that the end portions of each axle 17 may be provided with circumferential grooves to interface with bearing rings 13. Such grooves could serve to maintain intact the vertical, as well as lateral, position of platter 16.

FIGS. 2A and 2B illustrate a disassembled disk unit 10. As noted above, with reference to FIG. 1, disk 16 is placed within an opening on the inner side of semi-circular member 34, and upper stabilizing bushing 12 and lower stabilizing bushing 14 are secured to the ends of semi-circular member 34, so that axle 17 of platter 16 extends through holes 48 in each of upper and lower stabilizing bushings 12, 14. Upper casing 22a is securely fastened to a top surface of stacking block coupling member 36, and lower casing 22b is securely fastened to a lower surface of stacking block coupling member 36, thus forming a complete stacking block 26.

Stabilizing bushings 12, 14 may be secured to semi-circular member 34 by any well-known fastening mechanism or method, such as Welding or by the use of screw and nut fasteners. Similarly, casing 22a, 22b may be permanently fastened or secured to stacking block coupling member 36 in any well-known fashion. Alternatively, any or all of these components may be integrally formed with each other.

FIG. 2B shows a top view of a horizontally extending bracing member 18 of disk support structure 11 of the present invention. Upper plate member 15 and lower plate member 15' (not shown in FIG. 2B; see, e.g., FIG. 2A) are respectively provided on upper and lower surfaces of semi-circular member 34. Each of these plate members 15, 15' have an outer shape which is generally aligned with the outer shape of semi-circular member 34. A hole 48 is provided in a left mid-portion of the plate members, and an opening 19 is provided so that the movable components of actuator and carriage assembly 32 are allowed to move freely when the disk unit is assembled, as shown in FIGS. 1A and 1B. Core connecting members 40 are provided in their appropriate locations to allow connection of cores 158, as shown in FIG. 1B.

Electrical connectors 28a, 28b may comprise any well-known multi-pin serial or parallel port connector which will provide communication paths between each actuator and the system controller 104, which is located in base unit 100 of the stackable assembly.

Referring to FIG. 5, base unit 100 is preferably provided with a base plate 108, comprising an outer male connector (not shown), which is configured to connect with a female connector 24b of a lowermost disk unit, and one or tapered protrusions (not shown), such as tapered protrusions 56 shown in FIG. 6, to thus physically support and receive the lowermost one of the one or more stacked disk units 10. However, in the alternative, base plate 108 may be provided with unique connectors for permanently attaching a single disk unit thereto; or, a disk unit may be permanently adhered to or fixed to base plate 108 to thus receive other disk units to be stacked thereon. In any case, suitable electrical and mechanical connectors, such as those provided on each disk unit, can be used to mechanically and electrically connect the base unit to the disk unit assembly.

In the previously discussed embodiment, particular connectors 24a, 24b, and 28a, 28b, have been disclosed by way of example, with male connectors being provided on the upper casings 22a, and female connectors being provided on the lower casings 22b. Of course, connectors of different configuration may be provided without departing from the scope of the present invention. For example, the same connectors may be reversed, by putting the male connectors

5,477,518

11

on the lower casings and the female connectors on the upper casings, or by providing a different kind of connector which would provide a secure but detachable connection between disk units. Similarly, although a particular tongue and groove connector is disclosed as shown in FIG. 3 for connecting axle 17 to another axle 17, any other suitable connector which serves the same purpose may be provided, so long as there is sufficient strength and stability in the connection between the respective axles. In this regard, it is also preferable that these connectors be disconnectable to facilitate easy assembly and disassembly of the overall stackable storage assembly.

FIGS. 9A, 9B, and 10 illustrate alternative axle connectors 200 which may be used in conjunction with the present invention instead of those illustrated, e.g., in FIG. 3. FIG. 10 depicts a threaded shaft which can be turned-fitted into threaded bore 203. Either left-handed or right-handed threads may be provided, depending on the direction of rotation of the disk assembly during either recording or playback by the stackable assembly. FIGS. 9A and 9B show an alternative embodiment of axle connector 200. Two outer hooks 204 are provided on lower axle portion 17b of one axle, which are adapted to engage recessed lips 205 of an upper axle portion 17a of an adjacent axle. As hooks 204 engage recessed lips 205, concentrically positioned shaft 206 is mated with bore 208. It is noted that outer hooks 204 are preferably made of a resilient material and integrally formed with axle 17. As respective axle portions 17b, 17a are mated with each other, thus causing outer hooks 204 to be displaced in an outward direction by recessed lips 205, outer hooks 204 will absorb the force exerted thereon and bend outwardly, and return to their original position once they reach their connected positions. Recessed lips 205 are each provided with a front tapered portion having a small slope 207 to facilitate a gradual outward displacement of outer hooks 204. A back tapered portion 209, having a larger slope, is provided on the back side of each of recessed lips 205 to facilitate disconnection of the respective axle portions. Since the slope of each of back tapered portions 209 is somewhat larger than the slope of the front tapered portions 207, disconnection of axle connector 200 requires more force.

In accordance with the first embodiment of the present invention, platter 16 comprises an optical storage disk in the form of a platter. Platter 16 may comprise a rewritable optical disk, thus allowing both recording and playing back of information to and from each platter 16 in the stackable assembly. In the alternative, platter 16 may comprise a WORM (write once read many) disk.

As an illustrative, but not limiting, example, platter 16 may comprise a magneto-optical disk such as the PDO 5 ¼" magneto-optical disk which may obtained from Philips and DuPont Optical Company, 1409 Foulk Road, Wilmington, Del. 19803-0469. It is noted that the above-discussed first preferred embodiment only shows one platter for each disk unit; however, each disk unit may alternatively be provided with a plurality of platters. In addition, although each outer stacking block 26 is provided with two casings 22a, 22b (and two actuators), each outer stacking block 26 may be provided with only a single casing, which supports one or more actuators. On the other hand, each disk unit may be provided with any number of (e.g., two or more) platters and/or actuators and carriage assemblies.

With respect to the actuator and carriage assemblies 32 referred to in the above-described embodiment of the present invention, these are generally well-known in the art, and the structure and operation thereof are thus are not

12

discussed in detail herein. It is noted that such actuator and carriage assemblies are commercially available from a number of different sources, including, e.g., Applied Magnetics, Optical Products Division, 18950 Base Camp Road, Monument, Colo. 80132.

Motor 106 may include a 12 V DC constant velocity motor. Power supply 106 will preferably be configured to supply 12 V and 5 V lines to system controller 104, and to each of the actuators via connectors 28a, 28b. In this regard, connectors 28a, 28 b should be electrically coupled in such a fashion as to allow "pass through" connections so that any disk unit can access the necessary power and data lines being routed to system controller 104 via the stacking block connections.

Referring to FIG. 5, an outer casing 110 may be provided, which encases the complete stackable assembly. Outer casing 110 may be provided with, for example, a door, or disassembly mechanism, to allow ready access to the storage medium support frame, for repair, inspection, etc.

A second embodiment of the present invention is illustrated in FIGS. 8, 11A–11D, 12, and 13. A multi-platter assembly 82 is mounted on base unit 100, which may have a configuration similar (or identical) to that of the first embodiment of the present invention. Multi-platter assembly 82 comprises a plurality of platters 16 connected to each other by means of a common axle 86, which is adapted to be removably mounted to storage medium support frame 20. Common axle 86 is adapted to be coupled to drive axle 92 of motor 106, via a snap connector 304, one example of which is presented by connector 200 as shown in FIGS. 9A and 9B.

A top portion of axle 86 is held in position within storage medium support frame 20 by a spring-biased bearing mechanism 310 (see FIGS. 11A, 11B, and 13) for holding common axle 86, so that the center axis of common axle 86 coincides with a common axis of rotation of the complete storage assembly. Spring-biased bearing mechanism 310 rotably supports a top portion of common axle 86, and the bearing mechanism (not shown) of motor/power supply 106 rotably supports a bottom portion of common axle 86.

A handle assembly 380 may optionally be provided, which is rotatably connected to a top portion 88 of axle 86.

Storage medium support frame 20 is configured in a manner substantially similar to the storage medium support frame of the first embodiment shown in FIG. 5 of the present invention. Central column 85, which surrounds axle 86, and a spinal column 84 are provided to support each of a plurality of actuator and carriage assemblies 32.

As shown in FIG. 8, central column 85 comprises bushings 12, 14, and portions of horizontally extending bracing members 18, sandwiched between each pair of bushings 12, 14. Spinal column 84 comprises a plurality of stacking blocks 26. Storage medium support frame 20 may be assembled by means of a plurality of disk units 10, in a similar fashion to the storage medium support frame of the first embodiment of the present invention. In this regard, each of the disk units may be configured so that they may be removably attached to each other; or, in the alternative, they may be permanently fixed by means of welds 314 at the appropriate points of connection of each of the separate disk units 10.

As shown in FIG. 8, a base unit frame 102 is provided, which includes base plate 108, and which houses motor/power supply 106 and system controller 104. Each of these elements performs substantially the same functions as explained with respect to the first embodiment shown in

5,477,518

13

14

FIG. 5. Base plate 108 may be permanently affixed to each of central column 85 and spinal column 84 of the storage medium support frame 20.

Referring to FIG. 13, the operation of loading the multi-platter assembly 82 into storage medium support frame 20 will be described. By grasping a top portion of common axle 86 (or rather, if handle 80 is provided, by grasping handle 80), multi-platter assembly 82 can be guided into an interfacing side of storage medium support frame 20, as shown by the arrow A in FIG. 13. As the multi-platter assembly 82 is slid within each of the slots 306, the whole multi-platter assembly 82 is slightly elevated so that bottom portion 96 of axle 86 can clear the uppermost point of drive axle 92. While in this slightly elevated position, each of platters 16 are slid into their respective slots 306, and axle 86 is guided through vertically extending slot 308. This causes an upper portion of axle 86 to engage a movable half bearing 326, and spring-biased bearing mechanism 310 opens and receives axle 86. Once axle 86 is received within bearing mechanism 310, spring-biased bearing mechanism 310 is caused to close (i.e., movable half bearing 326 moves into abutment with axle 86), and the multi-platter assembly is maintained in a position in which the center axis of axle 86 coincides with a common axis of central column 85. When axle 86 is in this position, axle connector mechanism 304 will be in position to be engaged. By pushing the multi-platter assembly 82 in a downward direction, axle connector mechanism 304 will be engaged as indicated by arrows D.

In order to facilitate elevation and subsequent lowering of multi-platter assembly 82, as it is being inserted within corresponding platter slots 306 of central column 85 and pushed downward, causing axle connector mechanism 304 to engage, the spacing d (see FIG. 8) of each of slots 306 must be sufficiently large to accommodate the complete range of vertical movement of the platters.

FIGS. 11A–11D further illustrate spring-biased bearing mechanism 310. FIG. 11A shows a top view of top portion 302, and FIG. 11B shows a cross sectional view of top portion 302 taken along the line 11B–11B. Referring to FIG. 11B, top bushing 302 includes a chamber 322, provided at a central midsection thereof, and an axle slot opening 308. A permanently positioned half bearing 327 is fixed to one side of chamber 322, and a movable half bearing 326 is placed in conjugate relation to half bearing 327, in the other side of chamber 322. Each of half bearings 326, 327, when in a conjugate position with respect to each other, form a central circular opening.

A plurality of vertically extending roller bearings 321 are mounted along the inner semi-cylindrical walls of each of half bearings 326, 327. These vertically extending roller bearings 321 are provided to rotatably support axle 86 of multi-platter assembly 82, when the axle is mounted within central column 85 as shown in FIG. 8.

Movable half bearing 326 is biased, by a compressed spring 334, into its conjugate position with respect to permanently positioned half bearing 327, as shown in its present position indicated FIGS. 11A and 11B. A longitudinally shaped releasing member 328 is provided which extends throughout a passage 320, having a tab 329 attached to an end thereof. As shown in FIG. 11C, when tab 329 is displaced in the direction indicated by arrow C, movable half bearing 326 will disengage.

As shown in FIG. 11D, movable half bearing 326 is mounted on a flanged member 322 which is placed within a slot 324. Slot 324 extends along the direction parallel to passage 320, and provides a path of movement in the

direction C (see FIG. 11C) for movable half bearing 326.

Referring to FIGS. 11A and 11B, when multi-platter assembly 82 is guided into a storage medium support frame, as indicated in FIG. 13, axle 86 is caused to engage a cam surface 330 which is provided on movable half bearing 326. Axle 86 engages cam surface 330, and, as it is moved in the direction of arrow B, causes movable half bearing 326 to move away from its conjugate position in the direction of arrow C. Once axle 86 moves beyond the edge 331 of cam surface 330, the compressed force of spring 334 causes movable half bearing 326 to return to its position conjugate to the permanently positioned half bearing 327, as indicated in FIG. 11B. As indicated by the dotted lines, shaft 86 is then supported at all sides by vertically extending roller bearings 321 of half bearings 326, 327, and maintained in a position centered with respect to a longitudinal axis of central column 85 (FIG. 8).

As indicated in FIG. 11A, top 325 and bottom (not shown) portions of top bushing 302 each have a curved passage 336, corresponding to the path of movement of axle 86 as it is guided into central column 85, as indicated in FIG. 13.

As previously described, by moving tab 329 in the direction C, releasing member 18 translates the movement to movable half bearing 326, thereby causing it to disengage from its conjugate position. In order to remove multi-platter assembly 82, tab 329 is displaced in the direction C, causing movable half bearing 326 to disengage. Multi-platter assembly 82 is then elevated, causing it to disconnect from drive axle 92 (see FIG. 3), and multi-platter assembly 82 is pulled in a direction opposite to that indicated by arrow B in FIGS. 11A and 11B.

It is noted that in the embodiment shown in FIGS. 8 and 11–13, only top bushing 302 is provided with a spring-biased bearing mechanism 310. However, depending on the particular implementation of the storage assembly of the present invention, one or a plurality of bushings may be provided with a spring-biased bearing mechanism, for rotatably supporting axle 86 of multi-platter assembly 82. In this regard, in the embodiment shown in FIG. 8, the lowermost bushing 303 may be provided with such a spring-biased bearing mechanism 310, to thus provide increased lateral support to the lower portion of axle 86 of multi-platter assembly 82. Of course, depending on the number of spring-biased bearing mechanisms which are provided, and the ease with which they may be disengaged by use of cam surface 320 and/or releasing member 328, the rated force of compressed springs 334 can be reduced or otherwise altered.

It is noted that each of the components of the stackable assembly depicted in FIG. 8 may be formed in such a fashion so as to be easily disassembled, so as to be able to remove and replace and/or repair defective units and/or parts. For example, common axle 86 may be provided with a plurality of connector mechanisms such as those illustrated in FIG. 3, or FIGS. 9 and 10, of the present application, thus allowing easy assembly and disassembly of respective platters in multi-platter assembly 82.

Common axle 86 may be provided, at a top portion 88, with a connecting mechanism which may be coupled to an additional multi-platter assembly 82, which can be stacked thereon. In this configuration, a connecting mechanism may also be provided on a top portion of spinal column 84, and on a top portion of central column 85, thus allowing an additional storage medium support frame to be stacked on top. This would allow a stackable assembly similar to the stackable assembly depicted in FIG. 5, but in the FIG. 8 embodiment, with each disk subassembly comprising a plurality of platters 16.

5,477,518

15

As particularly shown in FIG. 8, a handle assembly 380 may be provided which is coupled to a top portion 88 of common axle 86 of the multi-platter assembly 82. The handle assembly 80 which is shown, comprises a handle 80 and a connect block 300. FIG. 12 illustrates, in more detail, the interface between handle 80, handle connect block 300, and top portion 88 of common axle 86. In accordance with this embodiment, a lower shaft portion of handle 80 is fixed at a central portion of handle connect block 300, and top portion 88 of axle 86, shaped in the form of a ball, is received within a roller bearing assembly 301. Handle connect block 300 is preferably provided with means for detachably connecting to top bushing 302, when multi-platter assembly 82 is in its mounted position as shown in FIG. 8. In this regard, handle connect block 300 may comprise tapered recesses 58, corresponding to tapered protrusions 56 which are provided on a top surface of top portion 302, substantially as shown in FIG. 6 of the present application. When lower portion 96 of common axle 86 is connected to drive axle 92, by means of axle connector mechanism 200, handle connect block 300 is maintained in a mated position with top portion 302, as shown in FIG. 8. This prevents any movement of handle 80 and handle connect block 300 which may, for example, be caused by vibration of axle 86 as it is rotated during operation of the stackable assembly.

A third embodiment of the present invention is illustrated in FIG. 14. A multi-platter assembly 82 is mounted on base unit 100, which may have a configuration similar to that of the first and/or second embodiments of the present invention. Multi-platter assembly 82 comprises a plurality of platters 16 connected to each other by means of a common axle 86, which is coupled, via a tongue and groove and/or snap connector, to a drive axle of motor/power supply 106. Spinal column 84 is provided, which houses a servo mechanism (not shown) for controlling each of movable arms 33. A handle 80 may be optionally provided, which is rotatably connected to a top portion 88 of axle 86. Handle 80 facilitates independent removal of the multi-platter assembly, apart from the data transfer structure 89, which comprises spinal column 84, movable arms 33, and head 30. Handle 80 may be integrally provided with a stabilizing support structure 92, for providing stabilizing support to common axle 86 of multi-platter assembly 82. Stabilizing support structure 92 may, for example, comprise a semi-cylindrical, hollow member which is coupled at a top portion 91 to a top portion 94 of spinal column 84, and at a bottom portion to base unit frame 102.

It is noted that only one optical head may be provided for each platter, or, in the alternative, one or more optical heads may be provided for each media surface, thus allowing multiple points of accessing information from the media surfaces of platter 16.

Read/write arms 33 may be adapted to be swingably moved to the side to allow multi-platter assembly 82 to be loaded or unloaded. Each of the components of the stackable assembly depicted in FIG. 14 is preferably formed in such a fashion so as to be easily disassembled, and to facilitate removal, replacement and/or repair of defective units and/or parts. For example, common axle 86 may be provided with a plurality of connector mechanisms such as those illustrated in FIGS. 3, 9, and 10 of the present application, thus allowing easy assembly and disassembly of respective platters in multi-platter assembly 82.

Common axle 86 may be provided at its top portion 88 with a connecting mechanism which may be coupled to an additional multi-platter assembly 82, which can be stacked

16

thereon. In this configuration, a connecting mechanism may also be provided on a top portion of spinal column 84, so that an additional spinal column 84 (and accompanying multi-platter assembly) can be stacked on the top thereof.

Each pair of read/write heads 30 and movable arms 33 may be provided with independent servo motors (not shown) to independently control movement thereof with respect to the platters. However, a single servo (not shown) may be provided, having a single servo motor which controls simultaneous movement of each and every movable arm 33 and read/write head 30, with respect to the individual platters 16. A single rigid column may be provided within a hollow portion of spinal column 84, which is mechanically coupled to each of movable arms 33, and which is driven by a single servo motor. Thus, when the single servo motor (not shown) is driven, all of the movable arms 33 will be driven to move radially as a single unit. The necessary structure for the servo column, the individual servo motor, and the simultaneous control of movable arms 33 may be implemented as known to those skilled in the art. For example, U.S. Pat. No. 3,657,712 discloses a disk storing device having various mechanisms for controlling movement of movable arms carrying read/write heads. The disclosure of U.S. Pat. No. 3,657,712 is expressly incorporated by reference herein in its entirety.

While the invention has been described with reference to preferred embodiments, it is understood that the words which have been used herein are words of description, rather than words of limitation. Changes may be made, within the purview of the appended claims, without departing from the scope and spirit of the invention in its aspects. Although the invention has been described herein in reference to particular means, materials, and embodiments, it is understood that the invention is not limited to the particulars disclosed herein, and that the invention extends to all equivalent structures, methods, and uses such as are within the scope of the appended claims.

What is claimed is:

1. An apparatus for storing data comprising:

a storage medium support frame for supporting storage medium carrying members of similar configuration, said support frame having at least two outer dimensions and including means for changing the size of at least one of said outer dimensions of said support frame to accommodate an arbitrary number of storage medium carrying members; and

at least one storage medium carrying member, each of said storage medium carrying members comprising a computer storage disk in the form of a platter, said storage medium support frame comprising a plurality of disk units coupled to each other, each disk unit comprising a disk support structure for supporting at least one platter, wherein said size is changed in accordance with the number of disk units coupled to each other;

each of said disk units comprising means for detachably connecting, and thereby stacking, an arbitrary number of disk units together to form said storage medium support frame;

said disk support structure comprising guide and support means for guiding and providing lateral and vertical support to at least one platter supported by said disk unit;

said apparatus further comprising a spine for providing a common support for said disk units, wherein said guide and support means comprises a horizontally extending

5,477,518

17

bracing member connected at a first end to said spine, and means, rigidly coupled to a second end of said bracing member, for rotatably supporting at least one of said platters.

2. The apparatus according to claim 1, wherein said computer storage disk comprises an optical storage disk.

3. The apparatus according to claim 2, wherein said optical storage disk comprises at least one of a rewritable optical disk and a write once read many optical disk.

4. The apparatus according to claim 1, wherein said detachably connecting means comprises a stacking block located at one end of said disk support structure and comprising mechanical snap connectors on upper and lower portions of said stacking block.

5. The apparatus according to claim 4, wherein said stacking block houses at least one actuator for controlling movement of at least one read/write head.

6. The apparatus according to claim 1, wherein said spine comprises a plurality of stacking blocks, each of said stacking blocks having an upper portion, a lower portion, and mechanical snap connectors on said upper and lower portions, and further wherein each stacking block comprises at least one actuator for controlling movement of at least one read/write head to traverse the media surface of a platter.

7. The apparatus according to claim 1, wherein said horizontally extending bracing member comprises a semi-circular member, and said rotatably supporting means comprises at least one member extending across a horizontal surface of said semi-circular member and having a vertically extending hole.

8. The apparatus according to claim 7, wherein each platter comprises an axle extending from both upper and lower surfaces of the platter, and wherein each of a plurality of axles comprises two ends, each end having means for interconnecting with an end of another axle, a plurality of said platters thereby being interconnectable to form one common axle located at a common axis of said storage medium support frame;

said vertically extending hole being adapted to receive said common axle.

9. The apparatus according to claim 7, wherein said at least one member comprises an upper stabilizing member extending across a top surface of said semi-circular member and a lower stabilizing member extending across a bottom surface of said semi-circular member, both said upper and lower stabilizing members having concentric vertically extending holes located at midsections thereof, each upper stabilizing member of a respective disk unit being adapted to engage a lower stabilizing member of an adjacent disk unit which is detachably connected to said respective disk unit.

10. The apparatus according to claim 1, further comprising an outer casing for encasing said disk units assembled in the form of said storage medium support frame, said casing comprising means for allowing ready access to said storage medium support frame.

11. The apparatus according to claim 1, wherein said storage medium support frame further comprises a base unit for receiving at least one disk unit and supporting said storage medium support frame, said base unit comprising a base unit frame which supports a power supply for supplying power to each of said disk units, a system controller for controlling movement of read/write heads corresponding to each of said disk units, and a motor for rotating the platters of said disk units.

12. The apparatus according to claim 1, wherein said changing means comprises means for changing the outer dimension of the support frame in a direction parallel to an

18

axis of rotation of the computer storage disks.

13. An assembly of storage units for supporting plural storage medium carrying members each having at least one storage surface, said storage units comprising respective storage medium support structures, each said support structure having means for movably supporting at least one storage medium carrying member, each said support structure further comprising connecting means for detachably connecting said support structure to another adjacent support structure, each said storage medium carrying member comprising a computer storage disk, said means for detachably connecting comprising axle sections;

said means for detachably connecting further comprising at least one recess and at least one projection, each said projection and each said recess having a complementary configuration, wherein respective projections and recesses on adjacent support structures mate with each other when at least two of said support structures are connected to each other.

14. The assembly according to claim 13, wherein each of said storage medium carrying members comprises a platter.

15. The assembly according to claim 14, wherein each of the storage medium carrying members comprises an optical storage disk.

16. The assembly according to claim 15, each said storage medium support structure comprising guide and support means for guiding and providing lateral and vertical support to at least one platter supported by said storage unit.

17. The assembly according to claim 13, said means for detachably connecting further comprising a stackable housing located at an end of each said storage medium support structure.

18. The assembly according to claim 17, said storage unit further comprising at least one carriage/rail assembly and read/write head, said stackable housing including at least one actuator for controlling movement of said read/write head.

19. The assembly according to claim 17, said stackable housing including at least one mechanical connector on each of an upper portion of said housing and on a lower portion of said housing.

20. The assembly according to claim 17, said stackable housing including both male and female electrical connectors.

21. The assembly according to claim 20, said electrical connectors comprising multi-pin port connectors.

22. The assembly according to claim 13, wherein said axle sections are connected to said at least one storage medium carrying member.

23. The storage unit according to claim 13, wherein said at least one projection comprises a plurality of protrusions formed on an upper surface of said support structure.

24. The storage unit according to claim 13, wherein said at least one projection comprises a plurality of tapered protrusions formed on an upper surface of said support structure.

25. The storage unit according to claim 13, wherein said at least one projection comprises a plurality of levers and said at least one recess comprises a lever receiving surface.

26. The storage unit according to claim 25, wherein said levers comprise resilient release members.

27. A storage unit for supporting at least one storage medium carrying member having at least one storage surface, said storage unit comprising a storage medium support structure having means for movably supporting at least one storage medium carrying member; said support structure further comprising connecting means for detachably con-

5,477,518

19

necting said support structure to another support structure of similar configuration, each of the storage medium carrying members comprises an optical storage disk in the form of a platter;

said storage medium support structure further comprising guide and support means for guiding and providing lateral and vertical support to at least one platter supported by said storage unit, said guide and support means comprising a horizontally extending bracing member, having, at one end, connecting means adapted to detachably mate with said another support structure, said connecting means, when mated with said another support structure, forming part of a vertically extending spine.

28. The storage unit according to claim 27, wherein said guide and support means further comprises an upper stabilizing member and a lower stabilizing member coupled to said bracing member at an end opposite to said one end, said upper and lower stabilizing members providing lateral support for, and acting as a sleeve for, an axle of the at least one platter.

29. An apparatus for storing computer data comprising:

a multi-platter assembly having a plurality of platters, said multi-platter assembly having a common axle which comprises at least one detachable connecting mechanism for connecting to another axle or axle section;

a frame, said multi-platter assembly being adapted to be removably mounted on said frame;

said frame comprising a support that extends along a plane that transverses said common axle, said support having a periphery and an opening spaced from said periphery for receiving and supporting said common axle, said support further comprising means for guiding and providing lateral and vertical support for at least one platter supported by said multi-platter assembly, said apparatus further comprising a spine for providing a support for said multi-platter assembly, wherein said guide and support means comprises a horizontally extending bracing member connected at a first end to said spine, and means, rigidly connected to a second end of said bracing member for rotatably supporting at least one of said platters; and

means for resiliently retaining said common axle in said opening, said support further comprising a slot that extends from said periphery to said opening, wherein said common axle is adapted to be removably mounted within said support by moving said common axle along said slot and into said opening.

30. An apparatus according to claim 29, further comprising:

20

a motor mounted to said frame and coupled to said common axle for driving said multi-platter assembly; and

a data transfer structure for interacting with said platters so as to transfer data to and from said platters.

31. An apparatus according to claim 30, wherein said data transfer structure comprises:

a head positioning assembly positioned near surfaces of said platters and adapted to move along paths which extend radially from said common axle; and

a read/write head mounted to a moving element of said head positioning assembly.

32. An apparatus according to claim 30, further comprising a stabilizing support structure coupled to a top portion of said multi-platter assembly and rigidly secured to said frame, thereby providing lateral support to said multi-platter assembly.

33. An apparatus according to claim 30, further comprising means for detachably connecting a bottom portion of said multi-platter assembly to said frame.

34. An apparatus according to claim 33, wherein said means for detachably connecting comprises a snap connector provided on a bottom end of said common axle.

35. An apparatus according to claim 29, wherein said apparatus further comprises a handle coupled to a top portion of said multi-platter assembly.

36. The apparatus according to claim 29, wherein said resilient retaining mechanism comprises a spring-biased bearing mechanism.

37. The apparatus according to claim 29, wherein said another axle or axle section comprises an axle of a motor.

38. The apparatus according to claim 29, wherein said another axle or axle section comprises an axle of another platter.

39. The apparatus according to claim 38, wherein each of said plurality of platters comprises a detachable connecting mechanism, said plurality of platters being connected with each other to form said common axle.

40. The apparatus according to claim 29, wherein said at least one detachable connecting mechanism comprises a tongue and groove connector.

41. The apparatus according to claim 29, wherein said at least one detachable connecting mechanism comprises a resilient snap connector.

42. The apparatus according to claim 29, wherein said at least one detachable connecting mechanism comprises a threaded member.

43. The apparatus according to claim 29, wherein said means for resiliently retaining comprises bias means for applying a continuous resilient force in a lateral direction toward a side of said common axle, and means for coupling the force applied by said bias means with said common axle.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  :    5,477,518                    Page 1 of 3

DATED        :    December 19, 1995

INVENTOR(S) :    D. HIATT

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On the title page:        section [56], "References Cited", "U.S. PATENT DOCUMENTS", insert the following documents:

| | | | |
|---|---|---|---|
| ---3,657,712 | 4/1972 | Dirks | |
| 4,131,921 | 12/1978 | Gruczelak | 360/86 |
| 4,387,452 | 6/1983 | Bricot et al. | 369/32 |
| 4,495,533 | 1/1985 | Chambers | 360/72.2 |
| 4,566,087 | 1/1986 | Kraft | 369/34 |
| 4,644,515 | 2/1987 | Allebest et al. | 369/32 |
| 4,754,447 | 6/1988 | Vansant | 369/270 |
| 4,862,584 | 9/1989 | Budy et al. | 369/36 |
| 4,888,751 | 12/1989 | Yoshimaru et al. | 369/36 |
| 4,972,396 | 11/1990 | Rafner | 369/32 |
| 4,989,191 | 1/1991 | Kuo | 369/33---. |

section [56], "References Cited", "FOREIGN PATENT DOCUMENTS", insert ---0033052  8/1981 E.P.O.---.

section [56], "References Cited", "OTHER PUBLICATIONS", insert the following documents:

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  :  **5,477,518**                                    Page 2 of 3

DATED        :  **December 19, 1995**

INVENTOR(S) :  **D. HIATT**

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

----English Abstract of European Application No. 0,033,052.

   IBM Technical Disclosure Bulletin, "Data Processing System", R.R. Bowdle, Vol. 3, No. 5, October 1960.

   Magneto-Optical Disk Brochure (Philips and Dupont Optical), (H-04192/PDO-0043).

   Applied Magnetic Optical Products Division, Product Information Brochure (Actuator and Carriage Assemblies).

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,477,518                                    Page 3 of 3

DATED       : December 19, 1995

INVENTOR(S) : D. Hiatt

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Applied Magnetic Optical Products Division, Product Information Brochure (5 1/4" Magneto-Optical Assembly).

H. SUKEDA et al., "High-speed/High-Density Magnetic-Optic Recording", Systems, MB 10:20 a.m.-noon, Ballroom A4/5, David K. Campbell, Presider-Hewlett-Packard Co., Feb. 10, 1992.

A copy of Diagram for an adaptor to link ECKD/byte multiplexer channel to MicroChannel.——.

Signed and Sealed this

Fourth Day of February, 1997

*Bruce Lehman*

Attest:

**BRUCE LEHMAN**

Attesting Officer                    Commissioner of Patents and Trademarks

# EXHIBIT G

US005530845A

# United States Patent [19]

## Hiatt et al.

[11] **Patent Number:** 5,530,845

[45] **Date of Patent:** Jun. 25, 1996

[54] **STORAGE CONTROL SUBSYSTEM IMPLEMENTED WITH AN APPLICATION PROGRAM ON A COMPUTER**

[75] Inventors: **David M. Hiatt; Timothy R. Klos,** both of St. Louis, Mo.

[73] Assignee: **Southwestern Bell Technology Resources, Inc.,** St. Louis, Mo.

[21] Appl. No.: **373,896**

[22] Filed: **Jan. 17, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 882,010, May 13, 1992, abandoned.

[51] Int. Cl.$^6$ ............................................ G06F 13/10
[52] U.S. Cl. ........................... 395/500; 395/882; 395/883
[58] Field of Search ........................................ 395/500, 882, 883

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,544,969 | 12/1970 | Rakoczi et al. . |
| 4,084,235 | 4/1978 | Hirtle et al. . |
| 4,277,827 | 7/1981 | Carlson et al. . |
| 4,394,732 | 7/1983 | Swenson . |
| 4,394,733 | 7/1983 | Swenson . |
| 4,399,503 | 8/1983 | Hawley . |
| 4,415,969 | 11/1983 | Bayliss et al. . |
| 4,425,615 | 1/1984 | Swenson et al. . |
| 4,454,595 | 6/1984 | Cage . |
| 4,467,421 | 8/1984 | White . |
| 4,476,526 | 10/1984 | Dodd . |
| 4,500,933 | 2/1985 | Chan . |
| 4,511,963 | 4/1985 | Kantner . |
| 4,638,423 | 1/1987 | Ballard . |
| 4,775,969 | 10/1988 | Osterlund . |
| 4,792,896 | 12/1988 | MacLean et al. . |
| 4,803,623 | 2/1989 | Klashka et al. ..................... 395/275 |
| 4,812,975 | 3/1989 | Adachi et al. . |
| 4,855,905 | 8/1989 | Estrada et al. . |
| 4,864,291 | 9/1989 | Korpi . |
| 4,864,532 | 9/1989 | Reeve et al. . |
| 4,868,734 | 9/1989 | Idleman et al. . |
| 4,888,691 | 12/1989 | George et al. . |
| 4,888,727 | 12/1989 | Getson, Jr. et al. . |
| 4,965,801 | 10/1990 | Dulac . |
| 5,088,033 | 2/1992 | Binkley et al. . |
| 5,131,082 | 7/1992 | Bonevento et al. . |
| 5,151,985 | 9/1992 | Sander et al. . |
| 5,247,638 | 9/1993 | O'Brien et al. ..................... 395/425 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 246125 | 3/1994 | Argentina . |

#### OTHER PUBLICATIONS

Copy of a diagram, for an adaptor to link an ECKD/byte multiplexer channel to Micro Channel.

*Primary Examiner*—Krisna Lim
*Attorney, Agent, or Firm*—Greenblum & Bernstein

[57] **ABSTRACT**

A storage controller is disclosed which may emulate several types of specialized host specific and/or storage device specific storage controllers. The storage controlling system can transfer information between one or more different types of target units and one or more channels of at least one host. The system is provided with a computer, which includes a first interface, a second interface, and a programmable storage controller. The first interface is configured to receive one or more channel adapters which carry one or more channel programs transmitted from the channels of the host. The channel programs may carry data, status information, and commands. The second interface allows input and output to storage facilities which comprise one or more target units. The programmable storage controller may be provided with a device coupled to the channel adapters for translating channel program commands, and determining, from the channel program, a target unit for which at least one channel program is transmitted. A set of equipment controllers is provided which interpret channel program commands and status information, and which further control data transfers to and from the storage facilities in accordance with the channel program command. A device is also provided for establishing a unit thread by choosing an equipment controller from the set of equipment controllers as a function of the type of equipment that the channel requests as a target.

**48 Claims, 8 Drawing Sheets**





Fig - 1

Fig_ 2



CHANNEL ADAPTER
BOARD(S) — 26

14

| CHANNEL ADAPTER INTERFACE (CI) | | 210 |
| APPLICATION INTERFACE | | 212 |
| CONTROLLER EMULATORS | | 214 |
| STORAGE CONTROL MANAGER | | 216 |
| CACHE MANAGER | | 218 |
| I/O FACILITIES HANDLER (IOF)  220 | COMPRESSION DECOMPRESSION ROUTINES | 222 |
| DEVICE DRIVER | | 224 |

ADAPTER BOARD(S) AND
I/O DEVICE(S)



Fig - 3a



Fig - 3b

APPLICATION I/F

BUILD CI
PACKET — S21

CI
(INITIALIZATION) — S22

BUILD UNIT
THREAD SEMAPHORES — S23

SCHEDULE
UNIT THREADS — S24

CREATE "GET COMMAND"
SEMAPHORE — S25

QUEUE ON
"GET COMMAND" SEMAPHORE — S26

INITIAL SELECTION REQUEST
PACKET FOR CI — S27

CI
(READ CHANNEL) — S28



Fig- 3c

Fig - 3d



**U.S. Patent**     Jun. 25, 1996     Sheet 7 of 8     5,530,845



Fig. 4

Fig – 5



5,530,845

1

## STORAGE CONTROL SUBSYSTEM IMPLEMENTED WITH AN APPLICATION PROGRAM ON A COMPUTER

This application is a continuation of application Ser. No. 07/882,010, filed May 13, 1992, now abandoned.

### FIELD OF THE INVENTION

The present invention relates to a storage controller for a host computer system. More particularly, the present invention relates to a programmable storage controller implemented on a computer which is capable of emulating one or more storage device specific and/or host specific storage controllers.

### DISCUSSION OF BACKGROUND INFORMATION

Mainframe computer systems, such as the IBM 3990, the IBM 4381, and the UNISYS 2200/200, send and retrieve data to and from storage facilities via storage controllers. Such mainframe computers communicate with their peripheral storage facilities, such as disk and tape systems, via one or more "channels." These channels carry commands and data between the computer and the storage facilities. The channels extend between, or "bridge" the gap between, the mainframe computer's main processor (i.e., the CPU) and the storage controller. The storage controller then interprets the commands and manipulates the storage facilities to satisfy a request.

Mini computers also communicate with storage facilities via storage controllers. Normally, storage controllers for mini computers are far less sophisticated than those for mainframe computers; however, they provide essentially the same, albeit more limited, services or functions. For example, in mini computer systems, storage controllers are typically held on a common bus, rather than on separate channels for each string of disks or other storage devices. The bus provides similar functions to that of the channel, except that only one controller on a particular bus can be active at one time. In channel architecture, which is provided on mainframe computers, all the channels may be active simultaneously. Thus, mainframe computers have much wider maximum I/O band widths than mini computers.

At the present time, due to rapid advances in peripheral technologies, newly developed storage facilities are available which have increased capabilities in areas such as efficiency and size. For example, rewritable optical disks, optical tapes, and 4 mm digital tapes (DAT) are each known for their large storage capacities, reasonably quick access time, and low floor space and power requirements. However, in order for current mainframe and mini computers to access these improved storage facilities, specialized storage controllers must be developed (or purchased) which may handle such storage facilities. For example, in order to facilitate connection of mainframe FIPS 60 channels to a SCSI storage device interface, several specialty manufacturers provide plug-in boards which allow VME base computers, such as the SUN, to intercept FIPS 60 channel inputs. However, these products have been provided by small organizations for limited specialty applications; they are not generic storage controllers which will support all or a significant portion of newly developed storage facilities.

Another significant limitation of conventional storage controllers is that they are typically limited in their ability to communicate with only the specific operating system of one

2

host computer system. Although many mainframe channels utilize the FIPS 60 channel communication protocol, for each unique operating system (e.g., UNIX, OS/2 DOS, AIX), the channel program command set will have a unique "dialect." Thus, "host-specific" storage controllers must be provided to support each operating system.

There is a tremendous cost associated with buying or developing specialized (host specific and/or storage device specific) storage controllers. Thus, there is a need for a generalized, versatile, programmable storage controlling system which would allow various host computer systems to utilize, and thus benefit from, the increased advantages of new peripheral storage facilities that are now available, or which will be available in the near future.

### SUMMARY OF THE INVENTION

In view of the above, the present invention, through one or more of its various aspects and embodiments, is thus intended to bring about one or more of the following objects and advantages.

One object of the present invention is to provide a single storage controller which may emulate several types of specialized host specific and/or storage device specific storage controllers. A further object of the present invention is to allow free substitution of storage devices, and thus provide a storage controller which will control data transfer to and from different types of both sequential and random access storage devices.

It is yet a further object of the present invention is to provide a storage controlling system which has an intercontroller communication bridge, which allows controller facilities to be shared.

Still a further object of the present invention is to provide a storage controlling system which will be capable of archiving data directly without intervention or use of the host computer system.

It is yet a further object of the present invention to integrate new peripheral storage facility technology, independently of the requirements and/or limitations of the host computer system.

It is yet a further object of the present invention to provide a storage controlling system which has customized controller services such as data compression and caching algorithms.

It is yet a further object of the present invention to provide a storage controlling system which may be utilized simultaneously by a number of host computers, wherein the host computers may have different operating systems and/or different channel communications protocols.

It is yet a further object of the present invention to substantially reduce the number of controllers required in channel architecture computers, by providing a programmable general purpose storage controlling system.

It is yet a further object of the present invention to provide a storage controlling system which has enhanced efficiency characteristics, such as dynamic data compression.

It is a further object of the present invention to provide a storage controlling system which can achieve greater storage capacities, lower costs, lower power consumption, and less use of floor space, by allowing a host computer system to be connected to a variety of newly available storage facility technologies.

The present invention, therefore, is directed to a storage controlling system for transferring information between one

5,530,845

3

or more target units and one or more channels of at least one host. The host is configured for one or more types of equipment corresponding to the one or more target units. The system is provided with a computer, which includes a first interface, a second interface, and a programmable storage controller. The first interface is configured to receive one or more channel adapters which carry one or more channel programs transmitted from the one or more channels of the host. Each channel program typically carries data, status information and commands. The second interface interfaces, and thus allows input and output, to storage facilities which comprise the one or more target units. In a particular aspect, the type of equipment for which the host is configured is different than the one or more target units.

In accordance with a particular aspect of the present invention, the programmable storage controller comprises a device coupled to the one or more channel adapters for translating channel program commands and determining, from the channel program, a target unit for which at least one channel program command is transmitted. In addition, a set of equipment controllers is provided which interpret channel program commands and status information, and which control data transfer to and from the storage facilities in accordance with the channel program command. Each equipment controller is provided with a device for calling a storage control manager. In addition, a device is also provided for establishing a unit thread by choosing an equipment controller from the set of equipment controllers. Each equipment controller is chosen as a function of a type of equipment that the channel requests as a target. The programmable storage controller also includes a device for passing channel program data to the unit thread and a device for executing the unit thread by executing the chosen equipment controller.

In accordance with another aspect of the present invention, the equipment controller is further provided with a mechanism for calling a cache manager. In addition, the equipment controller may be provided with a device for prioritizing input and output to and from the storage facilities. The one or more channel adapters may comprise one or more channel interface circuits, and the first interface may be provided with a channel interface controller. In this regard, the second interface may be provided with at least one of random access and sequential storage device channel adapters.

The system may include a random access and/or sequential storage device, wherein the random access device may comprise a removable direct access storage device, and the computer may comprise a mainframe computer.

In yet another aspect of the present invention, the programmable storage controller is further provided with a dispatcher for controlling the operation of the programmable storage controller. The channel interface controller is provided with an interrupt processor, responsive to a command received by the one or more channel programs, for interrupting the dispatcher, thus causing establishment of another unit thread, and a device for calling the execution of the another unit thread. The channel interface controller may also be provided with a device for controlling the one or more channel interface circuits and further a device for retrieving at least one of the channel programs.

In accordance with yet another aspect of the present invention, the programmable storage controller further comprises a device for signalling that data to be read from the storage facilities is compressed, and a device for decompressing data. The programmable storage controller may

4

also be provided with a device for signalling that data to be written should be compressed, and a device for compressing data. The device for compressing and the device for decompressing may be implemented by embedded code, or they may be implemented by the use of parallel RISC processors.

In accordance with yet a further aspect of the present invention, the second interface is provided with at least one standard high-speed parallel interface.

The computer may comprise a general purpose computer; the programmable storage controller may be provided with a device for accommodating a plurality of different kinds of storage devices which comprise the storage facilities; and the programmable storage controller may further be provided with a device for accepting and executing storage related commands from host channels having different program languages and dialects.

In accordance with a further aspect of the present invention, the computer of the storage controlling system may be configured in the form of a general purpose microcomputer, a personal computer, or a tightly coupled multi-processor.

In accordance with yet a further aspect of the present invention, the general purpose computer comprises a specialized operating system.

In yet a further aspect of the present invention, the second interface is further provided with an interface to another storage controller, wherein the programmable storage controller comprises a communication bridge for communicating with the another storage controller. The programmable storage controller may be provided with a plurality of customized controller services, such as a caching algorithm, and a device for performing data compression and decompression.

The storage controlling system may include the controller services. In addition, the storage controlling system may also include the at least one host and the storage facilities.

In a further aspect of the present invention, the at least one host may include at least one of a mainframe, a mini, and a microcomputer.

In a yet further aspect of the present invention, the equipment controllers comprise reentrant stored programs.

In an alternative embodiment of the present invention, a storage controlling method is provided for transferring information between one or more different types of target units and one or more channels of at least one host. The storage controlling method includes a number of steps such as receiving one or more channel programs transmitted from the one or more channels of the at least one host, wherein the channel program carries data, status, information and commands. During execution of the method, storage facilities, which include the one or more target units, are interfaced, and exchanges of storage data to and from the target units are controlled.

In a particular aspect of this alternative embodiment, channel program commands are translated in order to determine a target unit for which at least one channel program is transmitted, a unit thread is established, and channel program data is passed to the unit thread. The unit thread is established by choosing an equipment controlling routine from a set of equipment controlling routines which interpret data control commands and status information and control data transfers to and from storage facilities in accordance with the channel program command. Each equipment controlling routine is chosen as a function of the type of equipment that the channel program requests as a target. In addition, each equipment controlling routine, when

5,530,845

5

executed, calls or initiates a storage control management routine.

During passing of channel program data to the unit thread, the unit thread is executed by executing the chosen equipment controlling routine.

The target units may comprise random access and sequential storage devices, and the type of equipment for which the host is configured may be different than the target units.

In a particular aspect of the alternative embodiment, the data being transmitted to and from the storage facilities is cached. In addition, the inputs and outputs to and from the storage facilities may be prioritized. In accordance with another particular aspect of the present invention, during execution of the equipment controlling routine, data is transferred to and from random access and sequential storage devices. The random access devices may include a removable direct access storage device while the computer comprises a mainframe computer.

In accordance with yet another aspect of the present invention, an interrupt processing is executed responsive to a command received by the one or more channel programs, thus causing another unit thread to be established and executed.

For purposes of clarification in defining the present invention in the following disclosure, the below-listed terms used herein are defined:

| | |
|---|---|
| microprocessor | a central processing unit (CPU) on a single chip |
| computer | a machine that performs three functions: accepts structured input, processes it according to prescribed rules, and produces the results of the processing as output; examples of computers include super computers, mainframes, super mini computers, mini computers, work stations, personal computers, and microcomputers |
| general purpose computer | a computer which is provided with enough facilities to allow it to implement a wide range of different unrelated operating systems and/or applications |
| personal computer | a computer designed for use by one person at a time |
| microcomputer | a computer which runs with the use of a single-chip microprocessor; a microcomputer is typically less powerful than a mini computer and a mainframe computer |
| central processing unit | the computational and control unit of a computer; the CPU is the chip that functions as the "brain" of a computer |
| channel | a path or link through which information passes between two devices; a channel can be either internal or external to a computer |
| embedded code | code that is built into its carriers rather than associated with or called by them when needed; embedded code is used to make a program run faster or more |

6

-continued

| | |
|---|---|
| RISC processor (reduced instructions set computing) | efficiently or to provide a capability not available in a high-level language a type of microprocessor designed to efficiently process a relatively small set of instructions; the number of instructions built into the microprocessor is limited so that each instruction may be optimally carried out very rapidly, usually within a single cycle |

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is further described in the detailed description which follows, by reference to the noted plurality of drawings, by way of non-limiting examples, of preferred embodiments of the present invention, in which like reference numerals represent similar parts throughout the several views of the drawings, and wherein:

FIG. 1 illustrates basic elements of the storage controlling system of the present invention;

FIG. 2 illustrates a block diagram of the various elements which comprise the programmable storage controller of the present invention;

FIGS. 3a, 3b, 3c and 3d illustrate a number of flow charts which explain the general flow of the programmable storage controller according to a first embodiment of the present invention;

FIG. 4 illustrates an additional embodiment of the invention; and

FIG. 5 illustrates a third embodiment of the storage controlling system of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, a storage controlling system 10 is illustrated which comprises a host system 12, a programmable storage controller 14, and storage facilities 16. Host system 12 is provided with one or more storage controller channels 13 which are connected to programmable storage controller 14 through a first interface 18. Storage facilities 16 are also connected to programmable storage controller 14, through a second interface 20.

Programmable storage controller 14 is implemented on a computer 15 having a first interface 18 and a second interface 20. Computer 15 is coupled to host system 12 via host connectors 22, which form a connection between storage controller channels 13 and first interface 18. Meanwhile, storage facilities 16 are connected to second interface 20 of the computer 15 via storage facility connectors 24.

Depending upon the type of computer which is used to implement the programmable storage controller 14, the type of host system being used, the type of storage facilities, and the host and storage facility connectors, different types of first and second interfaces 18, 20 may be implemented with various types of hardware. For example, specialized mainframe interface hardware may be constructed in order to provide the needed connections and signalling protocol to allow communication between host system 12 and computer 15. Second interface 20, which is coupled to storage facili-

5,530,845

7

ties 16, may comprise one or more standard high-speed parallel interfaces, such as SCSI interfaces.

In a case where the host system is an IBM mainframe complex, host connectors 22 comprise bus and tag cables. Storage facility connectors 24 may be, e.g., configured in the form of ribbon cables, which extend to one or more drive mechanisms of storage facilities 16.

Depending upon the type of computer being used to implement the programmable storage controller 14, the type of host system, and the type of bus and tag cables which are connected to storage controller channels 13 of the host system, first interface 18 must have a number of features which render computer 15 compatible with the existing hardware of the host system and the bus and tag cables. For example, first interface 18 must have the following characteristics (in the case of an IBM ES 9000 mainframe host computer connected to an IBM compatible personal computer used to implement the programmable storage controller): First interface 18 (which will usually comprise an interface card) must conform to the specific signalling protocol (i.e., channel language) requirements of the host channel, such as Federal Information Processing Standard Publication for the Block Multiplexor I/O Channel Interface (FIPS-60); See FIPS PUB. 60-2, which is expressly incorporated by reference herein in its entirety. In addition, the interface card of first interface 18 must conform to the specifications for the bus architecture used to transfer data between interface 18 and the center processor and memory of computer 15.

Host system 12 requests data via an addressing scheme which assigns each block of data a device address, cylinder, and track. These address parameters are then translated by a disk controller into the actual physical address based on the controller's knowledge of the peripherals attached to it. The host operating system must receive consistent responses/results in accordance with the requests that it makes. For example, it expects the same data to be returned or written when it presents the same logical address. Programmable storage controller 14 and computer 15 are simply attached to the storage controller host system 12, channels of and may be configured to provide many general functions, such as: (1) emulating all of the responses of a standard storage controller which typically supports the host system; (2) translating each data address requested to physical addresses that can be satisfied by the storage facilities connected thereto; and (3) enhancing the performance of the storage facilities through use of, e.g., compression and decompression of data, disk striping, and caching.

In the embodiments of the storage controlling system which are discussed in the following description, programmable storage controller 14 is implemented by means of software code used to configure and run computer 15. At the same time, host system 12, storage controller channels 13, host connectors, storage facility connectors, first interface 18, second interface 20, and storage facility 16 are each implemented by means of hardware. Although these elements are disclosed as being implemented respectively with software and hardware, any one or all of the elements of the storage controlling system may be interchanged with hardware, firmware and/or software, depending on the type of host system, and design factors, such as efficiency of operation and cost.

Referring to FIG. 2, programmable storage controller 14 is provided with a channel adapter interface (CI) 210, an application interface (or dispatcher) 212, one or more controller emulators (equipment controllers) 214, a storage

8

control manager 216, a cache manager 218, an I/O facilities handler (IOF) 220, a set of compression/decompression routines 222, and a device driver 224. Channel adapter interface 210, which is preferably implemented with software, provides a mechanism which allows application interface 212 to control other portions of the programmable storage controller, and also control channel adapter boards 26 (and thus the storage controller channels 13 of host system 12). CI 210 provides data, status, and commands from the channel, in the form of a channel program, to one or more controller emulators 214 which control data and status command exchanges with one or more target units. Application interface 212 handles command requests which are detected by CI 210 as incoming data streams. CI 210 is provided with an interrupt processor which causes execution thereof, and thus sets application interface 212 into action.

Application interface 212 routes the incoming commands (in the form of channel programs) to one or more controller emulators 214, by establishing and scheduling one or more unit threads based on the particular device (target unit) requested by the host system through the channel program. Application interface 212 uses a configuration table to determine which controller emulator should receive a request based upon the type of equipment the channel expects as a target. If the controller emulator which is needed to establish the unit thread is not currently loaded in memory of computer 15, application interface 212 will request the program to be loaded.

For each new target unit requested by a particular channel, application interface 212 initiates a new thread (by building a unit thread semaphore, having an assigned number corresponding to the requested target unit). Each unit thread comprises a controller emulator, (i.e., an equipment controller) which corresponds to the particular device (i.e., target unit) requested by the channel. Upon execution of the one or more controller emulators, the commands which are sent from the channel are retrieved by controller emulator 214 through use of channel adapter interface 210. Controller emulator 214 acts upon each valid command received by the host channels, by either reading or writing data, or performing some other miscellaneous processing, such as setting a file mask, configuring one or more particular devices, or issuing data and statuses of particular devices and data. Upon completion of one of these processes in accordance with the command received, a status is sent back to host system 12, signalling the state of the processing (e.g., completion of the command), and the results of the processing.

During execution of controller emulator 214, if the command received from the channel requires storage facility data to be referred, storage control manager 216 is called, which in turn calls cache manager 218 in order to establish access of the data requested to the controller emulator 214. If the requested data is not readily available in the cache, cache manager 218 then calls I/O facilities handler (IOF) 220 in order to execute a physical I/O of the data. If the data is compressed and must be decompressed, IOF 220 then calls compression/decompression routines 222 during retrieval of the data. Similarly, if IOF 220 is called to physically send data to the storage facilities, and if this data is to be compressed, compression/decompression routines 222 are again called. IOF 220 sends or retrieves data to or from storage facilities 16 via device driver 224.

A controller emulator is defined by the set of channel commands and channel programs which it interprets. The characteristics of a controller emulator are dependent on the definition of each channel command and channel program.

5,530,845

9

The controller emulators may interpret the channel commands and channel programs to control devices such as fixed and variable length record direct access storage devices, sequential access storage devices, and communication controllers.

The controller emulator must interpret each channel command and produce results consistent with the controller protocol which it is emulating. That is, the operation of the controller emulator should be transparent to the end user, the operator, and to the operating system hardware configuration parameters.

A unique and separate controller emulator is provided for each unique and separate target unit "type" specified by the channel. A unit thread is provided for each target unit specified by the host channel. Thus, since there may be many target units of the same type, there will typically be a plurality of unit threads assigned to a single controller emulator. Should the host be an IBM mainframe computer, which typically communicates with direct access magnetic storage using ECKD (extended count key data) format, the controller emulator must perform a somewhat more complicated translation or interpretation function in order to adapt the commands and data to an appropriate generic intermediate format readable by the device driver. On the other hand, if the host merely uses a fixed block I/O, the controller emulator will be much less complicated than the case for ECKD.

For specific examples of Direct and Sequential storage device channel command and program definitions which the controller emulators may be configured to interpret, please refer to IBM 3990 Storage Control Reference (GA32-0099-3) and IBM 3480 Magnetic Tape Subsystem Reference: Channel Commands, Status and Sense Bytes, and Error Recovery Procedures (GA32- 0042-6), each of which are expressly incorporated herein by reference in their entireties.

Host system 12 physically attaches to a storage controller through channel 13 which uses a unique addressing scheme. The programmable storage controller 14 may communicate with multiple channel interface cards of the channels, thus allowing multiple host channels to communicate with a single storage subsystem (i.e., the combined system of programmable storage controller 14 and storage facility 16). This allows multiple assembly host architectures (e.g., the IBM 370 Class, and Unisys 2200 Class) to communicate with a single parameter storage controller. The adapter card which is in the channel of the host system receives and passes on channel program commands and requests which are configured in a channel specific format. Meanwhile, application interface 212, which knows what type of host is connected to the channel adapter interface of the host, chooses an appropriate controller emulator which corresponds to the host, and assigns a unit thread representing that controller emulator.

The controller emulator 214 translates the channel program commands/requests from a channel-specific format to a "generic" format including generic address information and generic requests. Thereafter, storage control manager 216 receives the generic address and generic request information from the controller emulator 214, and translates the generic address/request to a physical target ID and data address which can then be routed to the IOF 220. The IOF 220 controls distribution of the request to the caching, striping, compression/decompression mechanisms, and/or device driver 224.

A particular embodiment of programmable storage controller 14 will now described with reference to FIGS. 3a–3d.

10

The application interface (or dispatcher) flow of operation is described in FIG. 3b. During execution of the application interface, in step S21, a packet is built into interface 18 for the CI which contains subchannel and command table information. Thereafter, in step S22, execution of the CI initialization (FIG. 3a, steps S1–S5) is called. Upon completion of CI initialization, which results in the execution of steps S1–S5 (FIG. 3a), the application interface then builds one or more unit thread semaphores; one unit thread semaphore is built for each device configured in the host system. Thereafter, in step S24, the one or more unit threads are scheduled, and thus initialized. Upon completion of scheduling/initialization of the unit threads, in step S25, a "get command" semaphore, is created. Then, steps S26–S28 are executed in response to clearance of the "get command" semaphore as indicated at step S26, which queues on the "get command" semaphore. Upon building an initial selection request packet for the CI in step S27, the application interface calls the CI for execution of the read channel processing (steps S6–S15, FIG. 3a).

An initial selection request packet, which is built in step S27, performs the functions of allowing initial device selection, storing target addresses and channel commands, providing initial status, and supporting data transfer functionality between the host channel and the programmable storage controller.

The CI (i.e., the channel adapter interface) functions as a device driver for carrying out I/O to and from the one or more storage controller channels 13 of host system 12. Thus, whenever data is either written to or read from the one or more storage controller channels 13, the CI must be executed in some fashion. In order to execute a "read channel" function, the read channel portion of the CI is called (see steps S6–S15). In order to execute a "write channel" function, the "write to" channel portion of the CI is called for execution (steps S16–S20).

FIG. 3c shows the flow of an individual controller emulator, which, when executed, comprises a unit thread. At step S30, the controller emulator waits for its unit thread semaphore to be cleared. Since there may be a plurality of unit threads which may be specified by the application interface (at step S23 thereof), each unit thread semaphore is assigned a particular number. Upon clearance of the unit thread semaphore (with the appropriate number), at step S31, the controller emulator retrieves the command and parameters from the CI. It is in this step (S31) that the controller emulator clears the appropriate semaphore, which allows reading of the data and commands by the CI during execution of the read channel processing. In addition, certain host-specific processing, such as translation and/or interpretation of the particular dialect of the I/O signaling protocol, if necessary, is performed in step S31. The controller emulator parses the command in step S33; that is, it is determined whether or not the command is valid. If the command is not valid, an error status is issued in step S39, and the processing returns to step S30 where the unit thread sleeps until its semaphore is again cleared.

If the command received by the CI is determined to be valid in step S33, another determination is made in step S34 as to whether or not the controller emulator must reference stored data for either a read or write operation. (it is noted that when the controller emulator is instructed to either read or write data to or from the storage facilities, the programmable storage controller must reference stored data in some way). If the controller emulator must reference stored data, the storage/cache manager is called in step S35. If the controller emulator is not required to reference stored data,

5,530,845

11

one or more miscellaneous processings will be performed, depending upon the type of command received from the channel. This processing is indicated at step S40. Some examples of such miscellaneous processing include setting a file mask, configuring the devices, and issuing data and status information relating to the devices.

In step S35, the stored data which must be referenced is so referenced. That is, the storage/cache manager finds the data and returns an index to the controller emulator indicating where the controller emulator may find the data. Once this data is indexed in step S35, the controller emulator then makes another determination at step S36 as to what type of command is to be executed as instructed by the storage controller channel of the host system. If it is a read command, the controller emulator sends the data and status to the host by calling the CI (write to channel) (steps S16–S20), and returns to step S30 where it sleeps until the unit thread semaphore is again cleared. If the command by the host is a write command, the controller puts the data to be written in the cache buffer and sends a status back to the host by the use of the CI (write to channel) program. Upon sending this status, the controller emulator returns to step S30. After execution of each of steps S37, S38, S39, and/or S40, prior to returning to step S30, in step 40.1, the controller emulator clears the get command semaphore, thus allowing the application interface to execute steps S26–S38 and retrieve the appropriate command for use by the controller emulator.

As shown in FIG. 3a, the channel adapter interface (CI) comprises three processings including initialization, read to channel, and write to channel processings. The initialization processing comprises steps S1–S5. In step S1, the CI sets the get command semaphore. Upon setting of the get command semaphore, the processing then loads a command table in step S2, loads a subchannel table in step S3, and initializes the interface card of the storage controller channel 13 in step S4. Thereafter, in step S5, the channel interface returns to where it was called, which in this case is the application interface at step S22.

The read processing of the CI comprises steps S6–S15. In step S6, the interrupts of the storage controller channels are disabled. Upon disabling of the interrupts of the storage controller channel interface card, in step S7, the CI sets the initial selection function, which in turn allows the host to perform initial device selection. Once the initial selection function is set, the CI waits for a device (target unit) selection by the storage controller channel in step S8. Then, in step S9, the CI puts the address and command of the device (target unit) selection in the initial selection request packet, which is built into step S27 of the application interface (FIG. 3b). Thereafter, in step S10, the unit thread semaphore corresponding to a desired controller emulator is cleared, thus causing the appropriate controller emulator to be executed. In step S11, the CI waits for the read data semaphore to be cleared. This occurs in step S31 of the controller emulator, where the controller emulator gets the command and parameters from the CI. If an I/O is necessary, in step S12, the CI performs such channel I/O. Thereafter, in step S13, the data requested by the host channel (subsystem data) is sent to the host channel. The read complete semaphore is then cleared in step S14, and the processing is returned to where it was called, which is, in this case, step S28 of the application interface.

The write to channel processing of the CI comprises steps S16–S20. In step S16, the write to channel processing of the CI sets the write request semaphore, thus prohibiting or preventing any unwanted or unauthorized concurrent write to channel requests by other controller emulators of the

12

programmable storage controller. Thus, the write request semaphore ensures that the status which is being transferred to the channel by use of the write to channel processing is not disturbed. Once the write request semaphore is set, in step S17, the status is sent from the controller emulator to the interface card of the controller channel. Once the status is sent, the write request semaphore is cleared in step S19, thus freeing use of the write to channel processing of the CI by another controller emulator which may be waiting in line. At step S20, the processing is returned to where it was called, which, in this case, is at either of steps S37 and S38 of the controller emulator.

As shown in FIG. 3d, the storage/cache manager comprises two main processings: a main activity, and a background activity. The main activity is that which is activated when the storage/cache manager is calling by the controller emulator. For example, when called in step S35 of the controller emulator (see FIG. 3c), the main activity of the storage/cache manager is activated, which causes steps S41–S46 (see FIG. 3d) to be executed. At step S41, a determination is made as to whether the requested data is in cache. If the requested data is in cache, the processing skips to the return step, S46, and the storage/cache manager returns an index indicating where the requested data is in the cache, thus allowing the controller emulator to access the data. If, however, the requested data is not in cache, as determined in step S31, another determination is made in step S42 as to whether one or more necessary cache buffers are available. If not, an existing buffer is reallocated in step S43. However, if the cache buffer is available, the processing immediately proceeds to step S44 where an I/O request packet is built for a read operation. Thereafter, the IOF is called in step S45, which results in a physical I/O of data between the cache buffer and a storage device. In step S46, the processing returns to the controller emulator.

The background activity of the storage/cache manager is performed by steps S47–S53. In step S47, the manager sets the unit thread priority of the system. Then, in step S48, the storage/cache manager waits until the system becomes idle. Once there is idle time in the system, the storage/cache manager will search for an updated record. If the updated record is found in the determination step S50, the processing proceeds to step S51, where an I/O facilities packet for writing is built. The IOF is called in step S52, and the cache tables are updated in step S53. Thereafter, the system returns to step S48, where the storage/cache manager either waits for the main activity processing to be called, or for the system to become idle and for an updated record, in steps S48 and S49.

IOF 220 interfaces with storage facilities via a device driver 224 (see FIG. 2). One or more device drivers may be provided depending on the particular peripheral storage devices which are connected to second interface 20 of the storage controlling system 10 (see FIG. 1). In a preferred embodiment, a device driver is provided as disclosed in copending U.S. patent application Ser. No. 07/882,003, filed concurrently with the present application, now abandoned, the disclosure of which is expressly incorporated herein in its entirety. The device driver disclosed therein is capable of self-configuring itself upon IPL (Initial Program Load) to support a number of different peripheral devices for input and output thereto.

In calling of either of the channel adapter interface 210, and the device driver 224 an IOTCL interface is used to avoid the overhead of the host controller operating system file structure system checks. This allows more efficient access directly to the media of the storage facilities.

5,530,845

13

Should the programmable storage controller be provided with disk striping, it is noted that IOF 220 (FIG. 2) should include a mechanism for executing one or more switch lists and priority ranked service queues, prioritizing I/O, and routing to appropriate physical storage devices and channels. It is noted that a number of separate and independent reads and writes will be simultaneously executed for certain portions of data if data striping is utilized.

With respect to the embodiment previously discussed, there are a number of features or modifications which may provide this embodiment with certain advantages. For example, the compression/decompression mechanisms may be implemented by use of dynamic data compression algorithms. The compression/decompression mechanisms may utilize either static or adaptive techniques. Examples of static compression/decompression techniques include, but are not limited to, run-length encoding, bit mapping (Huffman), and arithmetic coding. Adaptive techniques may include, for example, Huffman and the Ziv-Limpel (LZ) variants. Data compression/decompression mechanisms are described in some detail in *Text Compression*, Timothy C. Bell, John G. Cleary, Ian H. Witten, 1990 Prentis Hall, Inc., which is expressly incorporated herein by reference in its entirety.

In addition, ASIC's (application specific integrated circuits) and high density gate arrays may be used to implement various portions of the storage controlling system, such as the IOF, the device driver, and the second interface, thus enhancing I/O. Microprocessors such as the Intel 80486 and 80586, or the Motorola 68030 and 68040, may be used to implement computer 15. These microprocessors provide great amounts of compute power in very small space, inexpensively, and within a relatively hostile environment, e.g., under undesirable environmental conditions such as heat and humidity.

In one modification to the first embodiment of the present invention, the programmable storage controller is implemented with a specialized operating system in conjunction with a tightly coupled multi-processor. The specialized operating system should be provided with a number of features including tightly coupled multi-processor support, a sophisticated multi-tasking scheduler having preemptive support and real time support, and memory allocation. In addition, the specialized operating system should not have too many features; that is, the OS should be provided with only the "bare essential elements," without any significant video, keyboard, or character I/O support. It is also preferred that the specialized operating system have the ability to subdivide and swap operating system functions to allow an application program and only the essential OS services to use the processors at one time.

A number of new peripheral technologies can be considered as particularly beneficial and desired for the storage facilities connected to second interface 20 of storage controlling system 10. For example, rewritable optical disks, optical tapes, and 4 mm digital tapes (DAT) have a number of beneficial characteristics such as large storage capacities, quick access time, and low floor space and power requirements.

FIG. 4 illustrates a block diagram of a further embodiment of the present invention. In this embodiment, host system 12 is provided with first and second host computers 28, 30, and an additional "other" storage controller 32 is connected to interface 20 of computer 15. In order to effect communication between programmable storage controller 14 and other storage controller 32, a mechanism must be provided for

14

interfacing other storage controller 32 with appropriate portions of programmable storage controller 14, so as to allow communication of various commands, status and data therebetween. This mechanism may include an inter-controller communication bridge. The inter-controller communication bridge may comprise a separate controller emulator which provides translation functions allowing the host computer to communicate with storage controller 32. The controller emulator makes the appropriate translation of host requests to the generic format, which is then interpreted by the storage control manager. The storage control manager then further translates the instructions and commands into an appropriate protocol which may be interpreted by the other storage controller 32 as actions or commands to respond to.

This additional inter-controller communication bridge may be provided in order to accommodate functions such as backing up one storage channel with another, or to provide alternate routes of communication in case a channel interface or storage controller has been disabled because of hardware or software failure. It is noted that although FIG. 4 indicates a particular configuration of the inter-controller connection, other storage controller 32 may be connected to first interface 18 rather than second interface 20.

In order for the programmable storage controller 14 to accommodate a number of different host computers, such as first host computer 28 and second host computer 30, each unit thread which is established and scheduled by application interface 212 (see FIG. 2) should further be provided with an interpreter which may interpret the different channel languages and/or channel dialects of the communication interface used by the one or more host computers.

A channel language is defined to be the electrical and control signalling sequences of the host interface. A channel program dialect is defined to be the ordering and context sensitive nature of the command signals within a specific channel language. Examples of channel languages include FIPS 60 and SCSI (Small Computer Systems Interface). Examples of dialects of, e.g., the FIPS 60 channel language include FIPS 60 as implemented by Unisys and FIPS 60 as implemented by IBM.

Different types of host computers may be accommodated by use of an interpretor provided in the unit thread, each interpretor being specific to each particular host computer, while each controller emulator is chosen depending on the target unit specified by the channel of the host computer. The interpretor not only interprets the different commands sent by the channel of the host computer, but also interprets (for the host) the return status information being sent back to the host computer.

Another embodiment of the storage controlling system of the present invention is depicted in FIG. 5. As shown in this figure, one or more mainframe computers, which may be, for example, IBM mainframes, are connected to mainframe interface hardware 52 of a microcomputer 54. Microcomputer 54 includes an IBM compatible personal computer with, for example, either an 80486 or 80586 microprocessor. Microcomputer 54 is configured with a programmable storage controller 14 having a SCSI device driver 56, which interfaces with a plurality of SCSI interfaces connected to optical disks 60, which comprise the storage facilities in the present embodiment.

This second embodiment is explained below with reference to an IBM 3990 mainframe disk controller; however, it is easily applicable to any IBM mainframe computer or minicomputer which uses ECKD to send and retrieve data to and from magnetic disks. The system shown in FIG. 5

5,530,845

15

provides a full scale emulation of the IBM 3990 mainframe disk controller and its associated magnetic disk using a microcomputer and one or more rewriteable optical disks 60. The programmable storage controller 14' may be provided with compression and decompression algorithms. In addition, mechanisms may be provided which allow striping of I/O operations so that each I/O to and from optical disk 60 is subdivided into several parallel read and write efforts. In addition, the microcomputer may be provided with mechanisms for caching, and a staging device for read operations and look ahead reads.

The embodiment of FIG. 5 has a number of benefits in that magnetic disks which are supported by mainframes have a relatively large footprint, and are extremely expensive to support. On the other hand, rewriteable optical disks, as do other optical storage media, allow data storage at a fraction of the cost, space, and environmental requirements of the magnetic disk.

While the invention has been described with reference to a number of preferred embodiments, it is understood that the words which have been used herein are words of description, rather than words of limitation. Changes may be made, within the purview of the appended claims, without departing from the scope and spirit of the invention in its various aspects. Although the invention has been described herein with reference to particular means, materials and embodiments, it is understood that the invention is not be limited to the particulars disclosed herein, and that the invention extends to all equivalent structures, methods and uses such as are within the scope of the appended claims.

What is claimed is:

1. A storage control subsystem connected between one or more storage controller channels of at least one host system and data storage facilities comprising a plurality of target units, said storage control subsystem comprising:

a programmable storage controller that emulates a plurality of types of target unit specific storage controllers, said programmable storage controller being implemented with an application program and a computer, said computer being configured by said application program;

a first interface for interfacing a plurality of channel adapters which carry a plurality of channel programs transmitted from the channels of the host system to said programmable storage controller, each channel program having means for carrying data, status information and commands; and

a second interface for interfacing said programmable storage controller to said target units;

said programmable storage controller comprising a plurality of controller emulators, said controller emulators comprising means for translating said channel programs and commands from a channel specific format to a generic format of said programmable storage controller that includes generic address and request information, to thereby facilitate data and status command exchanges with said plurality of target units.

2. The storage control subsystem according to claim 1, wherein said programmable storage controller comprises:

means coupled to each said channel adapter for translating channel program commands and determining, from each channel program, a target unit for which at least one channel program command is transmitted;

a set of equipment controllers which interpret channel program commands and status information, and control data transfer to and from said storage facilities in

16

accordance with the channel program commands, each equipment controller comprising means for calling a storage control manager;

means for establishing a unit thread by selecting an equipment controller from said set of controllers, each equipment controller being selected by said means for establishing as a function of the type of equipment that the channel program requests as a target;

means for passing channel program data to said unit thread; and

means for executing said unit thread by executing said equipment controller.

3. The storage control subsystem according to claim 2, wherein said storage control manager comprises a cache manager.

4. The storage control subsystem according to claim 2, wherein said equipment controller further comprises means for prioritizing input and output to and from said storage facilities.

5. The storage control subsystem according to claim 2, wherein each of said channel adapters comprises one or more channel interface circuits, and further wherein said first interface comprises a channel interface controller.

6. The storage control subsystem according to claim 2, wherein the type of equipment for which the host is configured is different than one of said target units.

7. The storage control subsystem according to claim 5, wherein said second interface comprises at least one of a random access and a sequential storage device channel adapter.

8. The storage control subsystem according to claim 7, wherein said storage control subsystem comprises at least one of a random access and a sequential storage device.

9. The storage control subsystem according to claim 8, wherein said storage control subsystem comprises a random access device which comprises a removable direct access storage device.

10. The storage control subsystem according to claim 9, wherein said host system comprises a mainframe computer.

11. The storage control subsystem according to claim 5, wherein said programmable storage controller further comprises a dispatcher for controlling the operation of said programmable storage controller, and further wherein said channel interface controller comprises an interrupt processor, responsive to a command received by each of said channel programs, for interrupting said dispatcher, thus causing said means for executing to execute another unit thread.

12. The storage control subsystem according to claim 11, wherein said channel interface controller further comprises means for controlling said one or more channel interface circuits and means for retrieving at least one of said channel programs.

13. The storage control subsystem according to claim 1, wherein said programmable storage controller further comprises means for signalling that data to be read is compressed, and means for decompressing data.

14. The storage control subsystem according to claim 13, wherein said programmable storage controller further comprises means for signalling that data to be written should be compressed, and means for compressing data.

15. The storage control subsystem according to claim 14, wherein said means for compressing data and said means for decompressing data comprise embedded code.

16. The storage control subsystem according to claim 14, wherein said means for compressing and said means for decompressing comprise parallel RISC processors.

5,530,845

17

17. The storage control subsystem according to claim 1, wherein said second interface comprises at least one standard high-speed parallel interface.

18. The storage control subsystem according to claim 1, wherein said programmable storage controller further comprises storage control means for receiving and translating the generic address and request information to physical target ID and data address information.

19. The storage control subsystem according to claim 17, wherein said programmable storage controller comprises means for controlling a plurality of different kinds of storage devices which comprise said storage facilities.

20. The storage control subsystem according to claim 1, wherein said programmable storage controller comprises means for accepting and executing storage related commands from host channels having a plurality of different channel languages and dialects.

21. The storage control subsystem according to claim 1, wherein said computer comprises a microcomputer.

22. The storage control subsystem according to claim 1, wherein said computer comprises a personal computer.

23. The storage control subsystem according to claim 1, wherein said computer comprises a tightly coupled multiprocessor.

24. The storage control subsystem according to claim 1, wherein said computer comprises a specialized operating system.

25. The storage control subsystem according to claim 1, wherein one of said first and second interfaces further comprises an interface to another storage controller, and further wherein the programmable storage controller comprises a communication bridge for communicating with said another storage controller.

26. The storage control subsystem according to claim 1, wherein said programmable storage controller comprises means for providing a plurality of customized controller services.

27. The storage control subsystem according to claim 26, wherein said means for providing controller services comprise at least one of: (i) a caching algorithm; and (ii) means for performing data compression and decompression.

28. The storage control subsystem according to claim 26, wherein said storage control subsystem further comprises said means for providing controller services.

29. The storage control subsystem according to claim 1, wherein said storage control subsystem further comprises said at least one host and said storage facilities.

30. The storage control subsystem according to claim 1, wherein said at least one host system comprises at least one of a mainframe computer, a mini computer, and a micro computer.

31. The storage control subsystem according to claim 2, wherein said equipment controllers comprise one or more reentrant stored programs.

32. The storage control subsystem according to claim 1, wherein said computer comprises a general purpose computer having an operating system comprising means for controlling said general purpose computer.

33. The storage control subsystem according to claim 32, wherein said operating system comprises a standard operating system.

34. A storage controlling method for transferring data between one or more channels of at least one host system and data storage facilities comprising a plurality of different types of target units, said method comprising:

operating a programmable storage controller that emulates a plurality of types of target unit specific storage

18

controllers, said programmable storage controller being implemented with an application program and a computer, said computer being configured by said application program;

receiving a plurality of channel programs transmitted from the channels of the host system, to said programmable storage controller, each channel program carrying at least one unit of data, status information and commands; and

interfacing said programmable storage controller with said target units; and

controlling, with said programmable storage controller, exchanges of storage data to and from said target units, said controlling comprising translating said channel programs and commands from a channel specific format to a generic format of said programmable storage controller, said generic format including generic address and request information.

35. The storage controlling method according to claim 34, further comprising prioritizing input and output to and from said storage facilities.

36. The storage controlling method according to claim 34, wherein the method further comprises caching data being transmitted to and from said storage facilities.

37. The storage controlling method according to claim 34, wherein interrupt processing is executed responsive to a command received from the at least one host system, thus causing another unit thread to be executed.

38. The storage controlling method according to claim 34, wherein said one or more different types of target units comprise random access and sequential storage devices.

39. The storage controlling method according to claim 34, said method further comprising:

translating channel program commands, and determining from the channel program a target unit for which at least one channel program command is transmitted;

establishing a unit thread by choosing an equipment controlling routine from a set of equipment controlling routines which interpret data control commands and status information and control data transfer to and from storage facilities in accordance with the channel program commands, each equipment controlling routine being chosen as a function of the type of equipment that the channel program requests as a target;

passing channel program data to the unit thread; and executing the unit thread by executing the chosen equipment controlling routine; and

said method, during execution of said equipment controlling routine, performing storage control management.

40. The storage controlling method according to claim 39, wherein, during execution of said equipment controlling routine, data is transferred to and from at least one of random access and sequential storage devices.

41. The storage controlling method according to claim 40, wherein the data is transferred to and from a random access storage device which comprises a removable direct access storage device, and further wherein the at least one host system comprises a mainframe computer.

42. The storage controlling method according to claim 39, wherein the type of equipment for which the host system is configured is different than said one or more different types of target units.

43. The storage controlling method according to claim 34, wherein said controlling further comprises receiving and translating the generic address and request information to physical target ID and data address information.

5,530,845

19

44. The storage controlling method according to claim 34, wherein said computer comprises a general purpose computer having an operating system, said operating comprising controlling said general purpose computer with said operating system.

45. A storage control subsystem connected between storage controller channels of at least one host system and data storage facilities comprising a plurality of target units, said storage control subsystem comprising:

a programmable storage controller that emulates a plurality of types of target unit specific storage controllers, said programmable storage controller being implemented with a general purpose computer with a general purpose operating system supporting an application program, said general purpose computer being configured by said application program;

a first interface for interfacing a plurality of channel adapters which carry a plurality of channel programs transmitted from the channels of the host system to said programmable storage controller, each channel program having means for carrying data, status information and commands; and

a second interface for interfacing said programmable storage controller to said target units;

said programmable storage controller comprising a plurality of controller emulators, said controller emulators comprising means for translating said channel programs and commands from a channel specific format to a generic format of said programmable storage controller that includes generic address and request information, to thereby facilitate data and status command exchanges with said plurality of target units.

46. The storage control subsystem according to claim 45, wherein said programmable storage controller further com-

20

prises storage control means for receiving and translating the generic address and request information to physical target ID and data address information.

47. A storage controlling method for transferring data between one or more channels of at least one host system and data storage facilities comprising a plurality of different types of target units, said method comprising:

operating a programmable storage controller that emulates a plurality of types of target unit specific storage controllers, said programmable storage controller being implemented with a general purpose computer with a general purpose operating system supporting an application program, said general purpose computer being configured by said application program;

receiving a plurality of channel programs transmitted from the channels of the host system, to said programmable storage controller, each channel program carrying at least one of data, status information and commands; and

interfacing said programmable storage controller with said target units; and

controlling, with said programmable storage controller, exchanges of storage data to and from said target units, said controlling comprising translating said channel programs and commands from a channel specific format to a generic format of said programmable storage controller, said generic format including generic address and request information.

48. The storage controlling method according to claim 47, wherein said controlling further comprises receiving and translating the generic address and request information to physical target ID and data address information.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,530,845

DATED : June 25, 1996

INVENTOR(S) : D. HIATT et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On the title page, item: [56], "References Cited", "U.S. PATENT DOCUMENTS"; add ----5,101,490  3/1992  Getson, Jr. et al.----, ----4,479,179  10/1984  Dinwiddie, Jr.----, ----4,987,530  1/1991  Wagner et al.----, ----4,825,406 4/1989  Bean et al.----, and ----4,896,262  1/1990  Wayama et al.----.

Signed and Sealed this

Fifteenth Day of July, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*                    *Commissioner of Patents and Trademarks*