AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

HEWLETT-PACKARD COMPANY,

                 Plaintiff,

V.

SBC LABORATORIES, INC. and SBC KNOWLEDGE VENTURES GP, INC.,

                 Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-595

TO: (Name and address of Defendant)

     SBC Laboratories, Inc.
     c/o The Corporation Trust Company (registered agent)
     Corporation Trust Center
     1209 Orange Street
     Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Steven J. Balick
     Ashby & Geddes
     222 Delaware Avenue, 17th Floor
     P.O. Box 1150
     Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

_signature: Beth Dunn_

(By) DEPUTY CLERK

August 15, 2005

DATE

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  August 15, 2005 |
| NAME OF SERVER *(PRINT)*  Phillip Casale | TITLE  Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): <u>Personally hand delivered the summons and complaint to The Corporation Trust Company at the address listed on the front of this summons.</u>

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 15, 2005     *[signature]* Phillip Casale
                Date                    Signature of Server

Address of Server
Parcels, Inc.
4 East Seventh Street
Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.