IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC LABORATORIES, INC., and )<br>SBC KNOWLEDGE VENTURES GP, )<br>INC., )<br>)<br>Defendants. ) | C.A. No. 1:05-cv-00595 |

### STIPULATION FOR EXTENSION OF TIME

IT IS STIPULATED by the parties, through their attorneys, subject to approval of the Court, that the time for the defendants, SBC Laboratories, Inc., and SBC Knowledge Ventures GP, Inc., to answer, move, or otherwise plead to the complaint is extended to and including October 6, 2005.

| ASHBY & GEDDES | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Collins J. Seitz |
| Steven J. Balick (Bar No. 2114)<br>John G. Day (Bar No. 2403)<br>222 Delaware Avenue, 17th floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 | Collins J. Seitz, Jr. (Bar No. 2237)<br>Kevin F. Brady (Bar No. 2248)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: August 22, 2005 | Dated: August 22, 2005 |

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
Judge