# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 18, 2005

The Honorable Sue L. Robinson  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

      Re: *Hewlett-Packard Company v. SBC Laboratories, Inc., et al.,*  
           C.A. No. 05-595-SLR

Dear Chief Judge Robinson:

    I represent the plaintiff in the above case, which is scheduled for a Rule 16 teleconference at 9:00 a.m. this Tuesday, November 22, 2005. On behalf of all parties, I am pleased to report that we have reached complete agreement on a proposed form of scheduling order, a copy of which is attached for the Court's consideration.

    The parties look forward to speaking with Your Honor regarding this proposed schedule on Tuesday morning.

                                      Respectfully,

                                      Steven J. Balick

SJB/dmf  
Attachment  
163791.1

c:     Collins J. Seitz, Jr., Esquire (via electronic mail)  
       Ernie L. Brooks, Esquire (via electronic mail)  
       Michael K. Kellogg, Esquire (via electronic mail)  
       Roger D. Taylor, Esquire (via electronic mail)