IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| *Plaintiff/Counter-Defendant,* | ) |
| | ) |
| v. | ) |
| | ) Civ. A. No. 05-595-SLR |
| | ) |
| SBC LABORATORIES, INC. and | ) |
| SBC KNOWLEDGE VENTURES GP, INC., | ) |
| | ) |
| *Defendants/Counter-Plaintiffs.* | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned certifies that on November 30, 2005, the Initial Disclosures of Defendants SBC Laboratories, Inc. and SBC Knowledge Ventures GP, Inc. Pursuant to Fed. R. Civ. P. 26(a)(1) were served electronically to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141

*Attorneys for Defendants*

**OF COUNSEL**

Ernie L. Brooks
Frank A. Angileri
Marc D. Chuey
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel:(248) 358-4400

Michael K. Kellogg
John Christopher Rozendaal
**KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

Martin E. Grambow
Javier Aguilar
SBC SERVICES, INC.
175 E. Houston, #258
San Antonio, TX 78205
Tel: (210) 351-3428
Fax: (210) 370-1775

Dated:  December 1, 2005

## CERTIFICATE OF SERVICE

I certify that on December 1, 2005, I caused the foregoing Notice of Service to be electronically served on counsel of record as follows:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

                                        _____
                                        Collins J. Seitz, Jr. (Bar No. 2237)
                                        Connolly Bove Lodge & Hutz LLP
                                        1007 North Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE 19899