## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| *Plaintiff/Counter-Defendant,* | ) |
| | ) |
| v. | ) |
| | ) **C.A. No. 05-595 (SLR)** |
| | ) |
| SBC LABORATORIES, INC. and | ) |
| SBC KNOWLEDGE VENTURES GP, INC., | ) |
| | ) |
| *Defendants/Counter-Plaintiffs.* | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admission *pro hac vice* of Michael K. Kellogg, Esquire and John Christopher Rozendaal,

Esquire of the law firm of Kellogg, Huber, Hansen, Todd, Evans and Figel, L.L.C. to

represent SBC Laboratories, Inc. and SBC Knowledge Ventures GP, Inc. in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

Collins J. Seitz, Jr. (#2237)
Kevin F. Brady (#2248)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141

*Attorneys for Defendants/Counter-Plaintiffs*
*SBC Laboratories, Inc. and SBC Knowledge*
*Ventures GP, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

granted.

Dated: _____    _____
                          Sue L. Robinson, United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the District of

Columbia Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this

action.  I also certify I am generally familiar with this Court's Rules.  In accordance with

the Standard Order for District Court Fund effective January 1, 2005, I further certify that

the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this

motion.


Dated: _November 28,_____, 2005

Michael K. Kellogg, Esquire
**KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

*Attorney for SBC Laboratories Inc. and
SBC Knowledge Ventures GP, Inc.*

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the District of

Columbia and Virginia Bars, and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or

course of this action.   I also certify I am generally familiar with this Court's Rules.  In

accordance with the Standard Order for District Court Fund effective January 1, 2005, I

further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon

the filing of this motion.

Dated: _November 23_____, 2005        _____

John Christopher Rozendaal, Esquire
**KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

*Attorney for SBC Laboratories Inc. and
SBC Knowledge Ventures GP, Inc.*

430011                                                       5

## CERTIFICATE OF SERVICE

I hereby certify on December 5, 2005 I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* of Michael K. Kellogg and John Christopher Rozendaal with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899


Collins J. Seitz, Jr.  (# 2237)
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware  19899
cseitz@cblh.com