IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, )<br>)<br>*Plaintiff/Counter-Defendant*, )<br>)<br>v. )<br>)<br>SBC LABORATORIES, INC. and )<br>SBC KNOWLEDGE VENTURES GP, INC., )<br>)<br>*Defendants/Counter-Plaintiffs*. )<br>) | C.A. No. 05-595 (SLR) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Frank A. Angileri, Esquire, Ernie L. Brooks, Esquire and Mark D. Chuey, Esquire of the law firm of Brooks Kushman P.C. to represent SBC Laboratories, Inc. and SBC Knowledge Ventures GP, Inc. in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
Kevin F. Brady (#2248)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
302-658-9141

*Attorneys for Defendants/Counter-Plaintiffs
SBC Laboratories, Inc. and SBC Knowledge
Ventures GP, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____         _____
                                Sue L. Robinson, United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Michigan Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: 11-30, 2005

Frank A. Angileri, Esquire
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

*Attorney for SBC Laboratories Inc. and SBC Knowledge Ventures GP, Inc.*

430011                                3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Michigan Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: _____12-1_____, 2005    _____
Ernie L. Brooks, Esquire
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

*Attorney for SBC Laboratories Inc. and SBC Knowledge Ventures GP, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Michigan Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standard Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 30, 2005

Mark D. Chuey, Esquire
**BROOKS KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

*Attorney for SBC Laboratories Inc. and SBC Knowledge Ventures GP, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on December 5, 2005 I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* of Frank A. Angileri, Ernie L. Brooks, and Mark D. Chuey with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

>_____
>Collins J. Seitz, Jr. (# 2237)
>CONNOLLY, BOVE, LODGE & HUTZ
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, Delaware  19899
>cseitz@cblh.com