# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEWLETT-PACKARD COMPANY,** | ) | |
| | ) | |
| *Plaintiff/Counter-Defendant,* | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civ. A. No. 05-595-SLR** |
| | ) | |
| **SBC LABORATORIES, INC. and** | ) | |
| **SBC KNOWLEDGE VENTURES GP, INC.,** | ) | |
| | ) | |
| *Defendants/Counter-Plaintiffs.* | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on December 6, 2005, Defendant SBC Technology Resources, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-77) to Plaintiff Hewlett-Packard Company were served electronically to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ LLP

Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141

*Attorneys for Defendants*

**OF COUNSEL**

Ernie L. Brooks
Frank A. Angileri
Marc D. Chuey
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel:(248) 358-4400

Michael K. Kellogg
John Christopher Rozendaal
**KELLOGG, HUBER, HANSEN, TODD,**
**EVANS & FIGEL, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

Martin E. Grambow
Javier Aguilar
SBC SERVICES, INC.
175 E. Houston, #258
San Antonio, TX 78205
Tel: (210) 351-3428
Fax: (210) 370-1775

Dated:  December 8, 2005

## CERTIFICATE OF SERVICE

I certify that on December 8, 2005, I caused the foregoing Notice of Service to be

electronically served on counsel of record as follows:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899