IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>)<br>SBC LABORATORIES, INC. and )<br>SBC KNOWLEDGE VENTURES GP, INC., )<br>)<br>Defendants/Counter-Plaintiffs. )<br>) | C.A. No. 05-595-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of January, 2006,

**PLAINTIFF/COUNTER-DEFENDANT HEWLETT-PACKARD COMPANY'S**

**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO**

**DEFENDANT/COUNTER-PLAINTIFFS SBC KNOWLEDGE VENTURES GP, INC.** was

served upon the following counsel of record at the address and in the manner indicated:

Collins J. Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

<u>HAND DELIVERY</u>

Ernie L. Brooks, Esquire
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI  48075

<u>VIA FEDERAL EXPRESS</u>

Michael K. Kellogg, Esquire
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC  20036

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel: 302-654-1888
Fax: 302-654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff/Counter-Defendant*

*Of Counsel:*

Roger D. Taylor
Douglas S. Weinstein
FINNEGAN, HENDERSON, FARABOW,
   GARRETT AND DUNNER, L.L.P.
303 Peachtree Street, Suite 3200
Atlanta, Georgia 30308
Telephone:  (404) 653-6400
Facsimile:  (404) 653-6444

Dated:  January 6, 2006
164071.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Connolly Bove Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Ernie L. Brooks, Esquire<br>Brooks Kushman P.C.<br>1000 Town Center, 22nd Floor<br>Southfield, MI  48075 | VIA FEDERAL EXPRESS |
| Michael K. Kellogg, Esquire<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, DC  20036 | VIA FEDERAL EXPRESS |

/s/ Lauren E. Maguire
_____
Lauren E. Maguire