IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>)<br>)<br>SBC LABORATORIES, INC. and )<br>SBC KNOWLEDGE VENTURES GP, INC., )<br>)<br>Defendants/Counter-Plaintiffs. )<br>) | C.A. No. 05-595-SLR |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 6th day of January, 2006,

**PLAINTIFF/COUNTER-DEFENDANT HEWLETT-PACKARD COMPANY'S**

**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO**

**DEFENDANT/COUNTER-PLAINTIFFS SBC LABORATORIES, INC.** was served upon

the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Connolly Bove Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Ernie L. Brooks, Esquire<br>Brooks Kushman P.C.<br>1000 Town Center, 22nd Floor<br>Southfield, MI  48075 | **VIA FEDERAL EXPRESS** |

Michael K. Kellogg, Esquire    <u>VIA FEDERAL EXPRESS</u>
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036

                              ASHBY & GEDDES

                              */s/ Lauren E. Maguire*

                              _____
                              Steven J. Balick (I.D.#2114)
                              John G. Day (I.D. #2403)
                              Lauren E. Maguire (I.D. #4261)
                              222 Delaware Avenue, 17th Floor
                              P.O. Box 1150
                              Wilmington, DE 19899
                              Tel: 302-654-1888
                              Fax: 302-654-2067
                              sbalick@ashby-geddes.com
                              jday@ashby-geddes.com
                              lmaguire@ashby-geddes.com

                              *Attorneys for Plaintiff/Counter-Defendant*

*Of Counsel:*

Roger D. Taylor
Douglas S. Weinstein
FINNEGAN, HENDERSON, FARABOW,
   GARRETT AND DUNNER, L.L.P.
303 Peachtree Street, Suite 3200
Atlanta, Georgia 30308
Telephone: (404) 653-6400
Facsimile: (404) 653-6444

Dated: January 6, 2006
164071.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Connolly Bove Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | HAND DELIVERY |
| Ernie L. Brooks, Esquire<br>Brooks Kushman P.C.<br>1000 Town Center, 22nd Floor<br>Southfield, MI 48075 | VIA FEDERAL EXPRESS |
| Michael K. Kellogg, Esquire<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | VIA FEDERAL EXPRESS |

/s/ Lauren E. Maguire
_____
Lauren E. Maguire