IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| *Plaintiff/Counter-Defendant*, | ) |
| | ) |
| v. | ) |
| | ) Civ. A. No. 05-595-SLR |
| | ) |
| SBC LABORATORIES, INC. and | ) |
| SBC KNOWLEDGE VENTURES GP, INC., | ) |
| | ) |
| *Defendants/Counter-Plaintiffs*. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned certifies that on February 6, 2006, copies of 1) SBC Laboratories, Inc.'s Responses to Hewlett-Packard Company's First Request for Production of Documents and Things and 2) SBC Knowledge Ventures, GP, Inc.'s Responses to Hewlett-Packard Company's First Request for Production of Documents and Things were served as follows:

Electronically and by hand delivery:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Federal Express:

Roger D. Taylor, Esquire
Douglas S. Weinstein, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT AND DUNNER, L.L.P.
303 Peachtree Street, Suite 3200
Atlanta, GA 30308

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
  *Attorneys for Defendants*

**OF COUNSEL**

Ernie L. Brooks
Frank A. Angileri
Marc D. Chuey
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
(248) 358-4400

Michael K. Kellogg
John Christopher Rozendaal
**KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7900

Martin E. Grambow
Javier Aguilar
SBC SERVICES, INC.
175 E. Houston, #258
San Antonio, TX 78205
(210) 351-3428

Dated: February 7, 2006

## CERTIFICATE OF SERVICE

I certify that on February 7, 2006, I caused the foregoing Notice of Service to be served electronically as follows:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Roger D. Taylor, Esquire
Douglas S. Weinstein, Esquire
FINNEGAN, HENDERSON, FARABOW,
 GARRETT AND DUNNER, L.L.P.
303 Peachtree Street, Suite 3200
Atlanta, GA 30308

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899