

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

Collins J. Seitz, Jr.
**TEL** (302) 888-6278
**FAX** (302) 255-4278
**EMAIL** cseitz@cblh.com
**REPLY TO** Wilmington Office

February 17, 2006

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    RE:  *Hewlett-Packard Co. v. SBC Laboratories, Inc., et al.*
           C.A. No.: 05-595-SLR

Dear Chief Judge Robinson:

    On behalf of all parties in the above-captioned case, I enclose a Stipulated Protective Order for the Court's review. If it meets with the Court's approval, the parties respectfully request that it be entered.

    Counsel are available if the Court has any questions.

                            Respectfully,

                            Collins J. Seitz, Jr.
                            (Bar No. 2237)

CJS,Jr./saj
Enclosure
  cc:  Steven J. Balick, Esquire (w/enc., by electronic mail)
        Ernie L. Brooks, Esquire (w/enc., by electronic mail)
        Michael K. Kellogg, Esquire (w/enc., by electronic mail)
        Roger D. Taylor, Esquire (w/enc., by electronic mail)
        Clerk, U. S. District Court (w/enc., by electronic mail)
447502