IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-595-SLR |
| | ) |
| SBC LABORATORIES, INC., and | ) |
| SBC KNOWLEDGE VENTURES GP, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the March 28, 2006 deadline for the completion of document discovery (D.I. 17 at paragraph 2(b)(1)) is extended through and including April 28, 2006.


ASHBY & GEDDES                                    CONNOLLY BOVE LODGE & HUTZ

*/s/ Steven J. Balick*                            */s/ Collins J. Seitz, Jr.*
_____                   _____
Steven J. Balick (I.D. #2114)                     Collins J. Seitz, Jr. (I.D. #2237)
John G. Day (I.D. #2403)                          Kevin F. Brady (I.D. #2248)
Lauren E. Maguire (I.D. #4261)                    1007 North Orange Street
222 Delaware Avenue, 17th Floor                   P.O. Box 2207
P.O. Box 1150                                     Wilmington, DE  19899
Wilmington, Delaware  19899                       302-658-9141
302-654-1888                                      *Attorneys for Defendants*
*Attorneys for Plaintiff*


SO ORDERED, this _____ day of _____, 2006.


_____
Chief Judge

167170.1