IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 05-595-SLR |
| | ) |
| SBC LABORATORIES, INC., and | ) |
| SBC KNOWLEDGE VENTURES GP, INC., | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Hewlett-Packard Company, and Defendants, SBC Laboratories, Inc., and SBC Knowledge Ventures GP, Inc., hereby dismiss this action with prejudice. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| ASHBY & GEDDES | CONNOLLY BOVE LODGE & HUTZ |
| | |
| */s/ Steven J. Balick* | */s/ Collins J. Seitz, Jr.* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Collins J. Seitz, Jr. (I.D. #2237) |
| John G. Day (I.D. #2403) | Kevin F. Brady (I.D. #2248) |
| Lauren E. Maguire (I.D. #4261) | Jaclyn M. Mason (I.D. #4737) |
| 222 Delaware Avenue, 17th Floor | 1007 North Orange Street |
| P.O. Box 1150 | P.O. Box 2207 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| 302-654-1888 | 302-658-9141 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

168529.1